## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| | § | **Case No. 25-41544** |
| **BALKAN EXPRESS, LLC,** *et al.* | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULE OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The above-captioned debtors (the "Debtors"), by and through their undersigned counsel, are filing their Schedule of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") in the United States Bankruptcy Court for the Southern District of Texas, Victoria Division (the "Bankruptcy Court"). The Debtors prepared the Schedules and SOFA in accordance with § 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

*These Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SOFA. These Global Notes should be referred to and reviewed in connection with any review of the Schedules and SOFA.

The Schedules and SOFA have been prepared by Daniel Ivandic, the Debtors' Controller in consultation with the Debtors' management team and advisors and are unaudited and subject to further review and potential revision. In preparing the Schedules and SOFA, the Debtor relied on financial data derived from the Debtors' books and records as it was available at the time of preparation. Mr. Ivandic, the Debtors' management, and advisors have made reasonable efforts to ensure that they are as accurate and complete as possible under the circumstances. However, subsequent information or discovery may result in material changes to the Schedules and SOFA, and inadvertent errors or omissions may exist. Notwithstanding any such discovery or new information however, the Debtors may, but shall not be required to, update the Schedules and SOFA.

**Reservation of Rights.** Nothing contained in the Schedules and SOFA or these Global Notes shall

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Balkan Express, LLC (3974), and Balkan Logistics, LLC (8202). The Debtors' mailing address is 2560 E Long Ave, Fort Worth, Texas 76137.

constitute a waiver of any of the Debtor's rights or an admission with respect to its bankruptcy case, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

**Description of the Case and "as of" Information Date.** On April 30, 2025 (the "**Petition Date**"), the Debtors each filed a petition for relief with the Bankruptcy Court under chapter 11 of the Bankruptcy Code. A detailed description of the Debtors, its business, and the facts and circumstances supporting the Schedules and SOFA and the chapter 11 case are described in detail in the *Declaration of Daniel Ivandic in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief.*

Given the nature of the case and the Debtors' assets, the valuations given are estimates at varying points in time. This is because those values fluctuate over time and, given the nature of the Debtor's business and its assets and liabilities, the Debtors are presenting these filings in their best attempt to "mark to market" the types of assets they owns in each category of assets and liabilities. In some instances, equipment values have been stated as set forth in recent valuations conducted on such assets.

**Amendment.** Although reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. Thus, the Debtors reserve all rights, but shall not be required to, to amend or supplement its Schedules and SOFA from time to time as may be necessary or appropriate.

**Basis of Presentation.** Although these Schedules and SOFA may, at times, incorporate information prepared in accordance with generally accepted accounting principles ("**GAAP**"), the Schedules and SOFA do not purport to represent or reconcile financial statements otherwise prepared or distributed by the Debtors in accordance with GAAP, income tax basis, or otherwise. To the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtors were solvent or insolvent on the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that the Debtors shows more liabilities than assets, this is not an admission that the Debtor was solvent or insolvent on the Petition Date or at any time prior to the Petition Date.

**Insiders.** For purposes of the Schedules and SOFA, the term "insiders" shall have the meaning set forth in Bankruptcy Code § 101(31).

Persons listed in the SOFA as insiders have been included for informational purposes only. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Recharacterization.** The Debtors have made reasonable efforts to characterize, classify,

categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA correctly. The Debtors reserve all rights to recharacterize, reclassify, recategorize, and redesignate items reported in the Schedules and SOFA at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition and whether leases listed herein were unexpired as of the Petition Date or remain unexpired post-petition.

## Summary of Significant Reporting Policies.

Current Market Value and Net Book Value. In many instances, current market valuations are neither maintained by nor readily ascertainable by the Debtors. The Debtors have used their best efforts to estimate the assets value or provided that the value is unknown. Where indicated, the disclosures may provide that the retail value is provided. Additionally, as set forth above, certain of the values have been provided based upon recent valuations of assets of the Debtors.

Liabilities. Unless otherwise indicated, all liabilities are listed as of the Petition Date.

Credits and Adjustments. The claims of individual creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to each Debtor. Each Debtor reserves all rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Undetermined Amounts. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

Totals. All totals that are included in the Schedules and SOFA represent totals of all currently known amounts included in eacj Debtor's books and records as of the Petition Date. To the extent that there are undetermined amounts, the actual total may be different from the listed total.

Classifications. Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," or (c) on Schedule F as "unsecured priority," or listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize or reclassify such claim, contract, or lease.

Claims Description. Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." Each Debtor reserves all rights to dispute, or to assert any offsets or defenses to, any claim reflected on its respective Schedules on any grounds, including, without limitation, amount, liability, validity, priority, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by each Debtor, and each Debtor reserves the right, but shall not be required, to amend the Schedules accordingly.

Guarantees and Other Secondary Liability Claims. The Debtors hava used reasonable efforts to

locate and identify guarantees and other secondary liability claims (collectively, the "<u>Guarantees</u>") in its executory contracts, unexpired leases, secured financing, debt instruments, and other such agreements. The Debtors' review of its contracts in such regard is ongoing. Where such Guarantees have been identified, they have been included in the relevant Schedule for the Debtors. Further, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve their right to amend the Schedules to the extent that additional Guarantees are identified. In addition, the Debtors reserve the right, but shall not be required, to amend the Schedules and SOFA to recharacterize or reclassify any such contract, lease, claim, or Guarantee.

<u>Causes of Action</u>. The Debtors, despite their best efforts, may not have listed all of their causes of action (filed or potential) against third parties as assets in the Schedules and SOFA. The Debtors reserves all of their rights with respect to any causes of action they may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

**Schedule A – Real Property.** The Debtors' failure to list any rights in real property on Schedule A should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

**Schedule B – Personal Property.** Personal property owned by the Debtors is listed in Schedule B. To the extent that the Debtors have not been able to identify the actual physical location of certain personal property, the Debtor has reported the address of the Debtor's principal place of business.

Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by its terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**Schedule D – Creditors Holding Secured Claims.** The Debtor reserves the right to dispute or challenge the validity, perfection, priority, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a lien has been undertaken.

The descriptions in Schedule D are intended to be only a summary. Reference to the applicable agreements and related documents and a determination of the creditors' compliance with applicable law is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and SOFA shall be deemed a modification or interpretation of the terms of such agreements or related documents.

**Schedule E – Creditors Holding Unsecured Priority Claims.** Listing a claim on Schedule E as "unsecured priority" does not constitute the Debtor taking a position on the legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule E does not constitute an unsecured priority claim under section 507 of the Bankruptcy Code.

The claims listed on Schedule E arose, or were incurred on, various dates and a determination of each date upon which each claim arose, or was incurred, would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule E, however, appear to have arisen, or to have been incurred, on or before the Petition Date.

**Schedule F – Creditors Holding Unsecured Nonpriority Claims.** Listing a claim on Schedule F as "unsecured nonpriority" does not constitute an admission by the Debtors of any legal rights of the claimant. The Debtors expressly reserve the right to assert that any claim listed on Schedule F does not constitute an unsecured nonpriority claim (including the right to assert that any such claim constitutes a secured or priority claim). Additionally, noting that a claim on Schedule F is "subject to setoff" does not constitute an admission by the Debtor of the legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule F is not subject to setoff or dispute any claim to such setoff.

The claims listed on Schedule F arose, or were incurred, on various dates, and a determination of each date upon which each claim arose, or was incurred, would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule F, however, appear to have arisen, or to have been incurred, prior to the Petition Date.

**Schedule G – Executory Contracts and Unexpired Leases.** Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtors' review is ongoing, and inadvertent errors, omissions, or over-inclusion may have occurred.

The Debtors reserve all its rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Generally, executory agreements that are oral in nature have not been included in Schedule G. The Debtors may be a party to various other agreements concerning real property, such as supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps, office services, and other miscellaneous agreements. Such agreements, if any, are not set forth in Schedule G. Also, the Debtors have not listed on Schedule G monthly service contracts for which the Debtors are not obligated long-term and can cancel at any time.

**Schedule H – Co-Obligors.** Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. Each Debtor hereby reserves all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

Each Debtor further reserves all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

**SOFA – Transfers Outside of the Ordinary Course of Business.** Nothing in either Debtor's response to Question 13 constitutes an admission by the Debtor that such transfers were outside of the ordinary course of the Debtor's business.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **BALKAN EXPRESS, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **25-41544** |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 14, 2025**          X      */s/ Daniel Ivandic*
                                      Signature of individual signing on behalf of debtor

                                      **DANIEL IVANDIC**
                                      Printed name

                                      **PRESIDENT**
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **BALKAN EXPRESS, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **25-41544**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................... $ **4,000,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ **8,859,544.50**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ **12,859,544.50**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **23,763,324.89**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ **854,804.87**

4. **Total liabilities** ..............................................................................................................................
   Lines 2 + 3a + 3b | $ **24,618,129.76** |

**Fill in this information to identify the case:**

Debtor name     **BALKAN EXPRESS, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **25-41544**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **PNC Bank** | **Operating Account** | **1058** | $(48,807.40) |
| 3.2. | **PNC Bank** | **Operating Account** | **7176** | $5.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**    $5.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| Debtor | **BALKAN EXPRESS, LLC** | Case number *(If known)*  **25-41544** |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | 5,302.50 | - | 0.00 | = .... | **$5,302.50** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

---

**12.**  **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **$5,302.50** |
|---|

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furniture, Office Fixtures, and Office Equipment** | Unknown | Estimated Value | $30,000.00 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$30,000.00** |
|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **BALKAN EXPRESS, LLC** | Case number *(If known)*  **25-41544** |
|---|---|---|
| | Name | |

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **Two Loans: (a) 6 International Trucks, 1 Kenworth Truck, (b) 7 Kenworth Trucks** | $0.00 | N/A | Unknown |
| 47.2. **2 2025 Freightliner Trucks** | $0.00 | Appraisal | $270,000.00 |
| 47.3. **Two Loans (a) 7 2025 Freightliners (b) 3 2025 Westernstars** | $0.00 | Appraisal | $1,915,159.00 |
| 47.4. **10 2025 Volvo Trucks** | $0.00 | Appraisal | $1,700,000.00 |
| 47.5. **8 2024 Kenworth Trucks** | $0.00 | Appraisal | $1,253,752.00 |
| 47.6. **8 Loans:  (a) 4 International Trucks, (b) 1 Kenworth Truck, (c) 2 Kenworth Trucks, (d) 7 Kenworth Trucks, (e) Trailers, (f) 3 International Trucks, (g) 1 Kenworth Truck, (h) 2 Kenworth Trucks** | $0.00 | N/A | Unknown |
| 47.7. **17 Loans: (a) 6 Kenworth Trucks, (b) 9 Kenworth Trucks, (c) 2 Kenworth Trucks, (d) 1 Kenworth Truck, (e) 1 Peterbilt Truck, (f) 7 Kenworth Trucks, (g) 3 Peterbilt Trucks, (h) 4 Kenworth Trucks, (i) 4 Peterbilt Trucks, (j) 5 Kenworth Trucks, (k) 2 Peterbilt Trucks, (l) 10 Peterbilt Trucks, (m) 2 Kenworth Trucks, (n) 1 Kenworth Truck, (o) 1 Kenworth Truck, (p) 1 Kenworth Truck, (q) 2 Kenworth Trucks** | $0.00 | N/A | Unknown |
| 47.8. **2 Volvo Trucks, 16 Kenworth Trucks, 2 Freightliner Trucks** | $0.00 | N/A | Unknown |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| 48.1. **25 2024 HYD Trailers** | $0.00 | Appraisal | $796,875.00 |
| 48.2. **Trucks and Trailers** | $0.00 | N/A | Unknown |
| 48.3. **15 Trailers** | $0.00 | N/A | $0.00 |

Debtor   **BALKAN EXPRESS, LLC**                                   Case number *(If known)*  **25-41544**
_____
Name

| | | | | |
|---|---|---|---|---|
| 48.4. | **Two Loans: (a) 15 Trailers, (b) 10 Trailers.** | **$0.00** | **N/A** | **$0.00** |
| 48.5. | **1 Western Truck, 1 Freightliner Truck** | **$0.00** | **N/A** | **$0.00** |
| 48.6. | **12 2025 Hyundai Trailers** | **$0.00** | **Appraisal** | **$459,000.00** |
| 48.7. | **5 2025 International Trucks** | **$0.00** | **Appraisal** | **$690,625.00** |
| 48.8. | **25 2025 Hyundai Trailers** | **$0.00** | **Appraisal** | **$956,250.00** |
| 48.9. | **9 2025 Hyundai Trailers** | **$0.00** | **Appraisal** | **$344,250.00** |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.                                    | **$8,385,911.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2560 E. Long Ave, Fort Worth, Texas 76137** | Fee simple | Unknown | Est. Mkt. Value | $4,000,000.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.                                                              | **$4,000,000.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

| Debtor | **BALKAN EXPRESS, LLC** | Case number *(If known)* **25-41544** |
|---|---|---|
| | Name | |

- [✔] No
- [ ] Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- [✔] No
- [ ] Yes

<table><tr><td><strong>Part 10:</strong></td><td><strong>Intangibles and intellectual property</strong></td></tr></table>

59. **Does the debtor have any interests in intangibles or intellectual property?**

- [✔] No.  Go to Part 11.
- [ ] Yes Fill in the information below.

<table><tr><td><strong>Part 11:</strong></td><td><strong>All other assets</strong></td></tr></table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

- [ ] No.  Go to Part 12.
- [✔] Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Earned Tax Credit**　　　　　　Tax year **2024** | **$438,326.00** |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$438,326.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- [✔] No
- [ ] Yes

| Debtor | **BALKAN EXPRESS, LLC** | Case number *(If known)* | **25-41544** |
|---|---|---|---|
| | Name | | |

<br>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,302.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,385,911.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $4,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $438,326.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,859,544.50 | + 91b. $4,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,859,544.50 |

**Fill in this information to identify the case:**

Debtor name    **BALKAN EXPRESS, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **25-41544**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **BMO**<br>Creditor's Name<br><br>**P.O. Box 35704**<br>**Billings, MT 59107-5704**<br>Creditor's mailing address<br><br>**Kim.Williams@bmo.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**25 2024 HYD Trailers**<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$725,829.00** | **$796,875.00** |
| **2.2**   **Compass Funding Solutions**<br>Creditor's Name<br>**115 55th St.**<br>**Suite 301**<br>**Clarendon Hills, IL 60514**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**2 Volvo Trucks, 16 Kenworth Trucks, 2 Freightliner Trucks**<br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$824,000.00** | Unknown |

Debtor     **BALKAN EXPRESS, LLC**                                    Case number (if known)   **25-41544**
_____
Name

■ No                                    ■ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its          ☐ Disputed
relative priority.
_____

| 2.3 | **Daimler Truck Financial Services USA L** | | $2,288,651.97 | $1,915,159.00 |
|---|---|---|---|---|

Creditor's Name

**14372 Heritage Parkway Ste 400
Fort Worth, TX 76177**
_____
Creditor's mailing address

**alison.riley@daimlertruck.com**
_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Two Loans (a) 7 2025 Freightliners (b) 3 2025 Westernstars**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.4 | **De Lage Landen Financial** | | $351,708.48 | $270,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 825736
Philadelphia, PA 19182-5736**
_____
Creditor's mailing address

**customersupport@leasedirect.com**
_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2 2025 Freightliner Trucks**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.5 | **Huntington Technology Finance** | | $224,493.72 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**5555 Cleveland Ave
Columbus, OH 43230**
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**15 Trailers**
_____

**Describe the lien**

Debtor   **BALKAN EXPRESS, LLC**
_____
Name

Case number (if known)   **25-41544**

---

**Operations@Huntington.At lassian.net**
_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Hyundai Translead Trailer Finance** |
| --- | --- |

Creditor's Name

**655 Business Center Dr. Ste 250
Horsham, PA 19044**
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**9 2025 Hyundai Trailers**

$339,120.00    $344,250.00

**Describe the lien**

**john.a.white@leaserv.com**
_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Jovica Narancic** |
| --- | --- |

Creditor's Name

**4936 Grinstein Dr
Keller, TX 76244**
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2560 E. Long Ave, Fort Worth, Texas 76137**

$676,000.00    $4,000,000.00

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **BALKAN EXPRESS, LLC** | Case number (if known) | **25-41544** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

1. **Robert Furudzija**
2. **Jovica Narancic**
3. **Radovan Milanko**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **M&T Capital and Leasing Corporation** | Describe debtor's property that is subject to a lien | $5,095,019.73 | Unknown |
|---|---|---|---|---|

Creditor's Name

17 Loans: (a) 6 Kenworth Trucks, (b) 9 Kenworth Trucks, (c) 2 Kenworth Trucks, (d) 1 Kenworth Truck, (e) 1 Peterbilt Truck, (f) 7 Kenworth Trucks, (g) 3 Peterbilt Trucks, (h) 4 Kenworth Trucks, (i) 4 Peterbilt Trucks, (j) 5 Kenworth Trucks,

**850 Main Street
Bridgeport, CT 06604**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **MHC Financial Services, LLC** | Describe debtor's property that is subject to a lien | $1,400,199.00 | $1,253,752.00 |
|---|---|---|---|---|

Creditor's Name

8 2024 Kenworth Trucks

**4501 College Blvd
Suite 160
Leawood, KS 66211**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Raci.Walker@mhc.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Mitsubishi HC Capital America** | Describe debtor's property that is subject to a lien | $941,125.00 | $956,250.00 |
|---|---|---|---|---|

| Debtor | **BALKAN EXPRESS, LLC** | | Case number (if known) | **25-41544** |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | **25 2025 Hyundai Trailers** |
|---|---|

**P.O. Box 1287**
**Itasca, IL 60143-0128**

Creditor's mailing address

**Describe the lien**

**notifications@client-servici**
**ng.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Navistar Financial Corporation** | **Describe debtor's property that is subject to a lien** | **$838,483.20** | **$690,625.00** |
|---|---|---|---|---|
| | Creditor's Name | **5 2025 International Trucks** | | |

**2701 Navistar Dr**
**Lisle, IL 60532**

Creditor's mailing address

**Describe the lien**

**Michael.Schmitz@Navistarl**
**nc.mail.onmicrosoft.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **PNC Bank** | **Describe debtor's property that is subject to a lien** | **$3,198,691.40** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **8 Loans:  (a) 4 International Trucks, (b) 1 Kenworth Truck, (c) 2 Kenworth Trucks, (d) 7 Kenworth Trucks, (e) Trailers, (f) 3 International Trucks, (g) 1 Kenworth Truck, (h) 2 Kenworth Trucks** | | |

**249 Fifth Ave**
**Pittsburgh, PA 15222**

Creditor's mailing address

**Describe the lien**

**jon.mccurdy@pnc.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | **BALKAN EXPRESS, LLC** | Case number (if known) | **25-41544** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Radovan Milanko** | Describe debtor's property that is subject to a lien | $287,000.00 | $4,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2560 E. Long Ave, Fort Worth, Texas 76137** | | |

**9601 Armour Dr**
**Keller, TX 76244**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.7** | ☐ Disputed |

---

| 2.1 4 | **Robert Furudzija** | Describe debtor's property that is subject to a lien | $500,000.00 | $4,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2560 E. Long Ave, Fort Worth, Texas 76137** | | |

**10347 Trail Ridge Dr**
**Fort Worth, TX 76126**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.7** | ☐ Disputed |

---

| 2.1 5 | **Sumitomo Mitsui Finance** | Describe debtor's property that is subject to a lien | $580,073.76 | $459,000.00 |
|---|---|---|---|---|

---

| Debtor | **BALKAN EXPRESS, LLC** | | Case number (if known) | **25-41544** |
|---|---|---|---|---|
| | Name | | | |

---

Creditor's Name

**666 Third Ave
8th Floor
New York, NY 10017**

Creditor's mailing address

**jamie.gao@smflus.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**12 2025 Hyundai Trailers**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.16**

**Triumph TBK Bank**

Creditor's Name

**12700 Park Central Dr.
Ste 1700
Dallas, TX 75251**

Creditor's mailing address

**JHammer@tfin.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Trucks and Trailers**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**$439,844.96**          **Unknown**

---

**2.17**

**Triumph Equipment Finance**

Creditor's Name

**154 Hillsboro St
Oxford, NC 27565**

Creditor's mailing address

**Steven.Smallwood@truist.
com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Two Loans: (a) 6 International Trucks, 1
Kenworth Truck, (b) 7 Kenworth Trucks**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$2,035,638.95**          **Unknown**

---

| Debtor | **BALKAN EXPRESS, LLC** | | Case number (if known) | **25-41544** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Volvo Financial Services** | **Describe debtor's property that is subject to a lien** | **$2,266,776.60** | **$1,700,000.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 26131**
**Greensboro, NC**
**27402-6131**

Creditor's mailing address

**10 2025 Volvo Trucks**

**Describe the lien**

**rich.barker@volvo.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Wallwork Financial Corporation** | **Describe debtor's property that is subject to a lien** | **$361,138.12** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Justin Pavek**
**401 38th Street SW**
**PO Box 628**
**Fargo, ND 58107-0628**

Creditor's mailing address

**1 Western Truck, 1 Freightliner Truck**

**Describe the lien**

**luke.ronsberg@wallworkfin**
**ancial.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Wells Fargo** | **Describe debtor's property that is subject to a lien** | **$389,531.00** | **$0.00** |
|---|---|---|---|---|

| Debtor | **BALKAN EXPRESS, LLC** | Case number *(if known)* | **25-41544** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| Creditor's Name | **Two Loans: (a) 15 Trailers, (b) 10 Trailers.** |
| **P.O. Box 858178** | |
| **Minneapolis, MN** | |
| **55485-8178** | |
| Creditor's mailing address | **Describe the lien** |
| | |
| **wfef@wellsfargo.com** | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$23,763,324.89** |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Evan S. Goldstein**<br>**Updike, Kelly & Spellacy**<br>**Goodwin Square**<br>**225 Asylum Street - 20th Floor**<br>**Hartford, CT 06103** | Line   **2.8** | |

**Fill in this information to identify the case:**

Debtor name      **BALKAN EXPRESS, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **25-41544**

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |

| | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**Tarrant County Tax-Assessor
Collector
100 E Weatherford Street
Fort Worth, TX 76196**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$159,020.97** |

**Chase Bank Card Ink
P.O. Box 15123
Wilmington, DE 19850-5123**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **4712**

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

| **3.2** | Nonpriority creditor's name and mailing address | **$415,783.90** |
|---|---|---|

**Corcentric
Attn: Tammy Albanos
200 Lake Drive East
Suite 200
Cherry Hill, NJ 08002**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **Balkan Logistics**

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **BALKAN EXPRESS, LLC** | | Case number (if known) | **25-41544** |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DAVID GARZA**
**P.O. Box 297**
**Panhandle, TX 79068**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Internal Revenue Service**
**Special Procedures - Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jovica Narancic**
**4936 Grinstein Dr**
**Keller, TX 76244**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**North Texas Tollway Authority**
**Attn: Kate Valent**
**SCHEEF & STONE, L.L.P**
**2600 Network Blvd., Suite 400**
**Frisco, TX 75034**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$280,000.00** |
|---|---|---|---|

**Pilot Travel Centers, LLC**
**Attn:  Luke Russell**
**5508 Lonas Drive**
**Knoxville, TN 37909**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number**  **Balkan Express**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Radovan Milanko**
**9601 Armour Dr**
**Keller, TX 76244**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Robert Furudzija**
**10347 Trail Ridge Dr**
**Fort Worth, TX 76126**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BALKAN EXPRESS, LLC** | Case number (if known) | **25-41544** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Summit Transportation, Inc.**
**8226 Douglas Avenue, Suite 550**
**Dallas, TX 75225-5945**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Summit Trucking, Inc.**
**8226 Douglas Avenue, Suite 550**
**Dallas, TX 75225-5945**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TERENCE MURPHEY**
**THE MAJOR LAW FIRM, PLLC**
**901 NE Loop 410, Suite 680**
**San Antonio, TX 78209**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Cardmember Service** <br> **P.O. Box 1423** <br> **Charlotte, NC 28201-1423** | Line **3.1** <br><br> ☐ Not listed. Explain ____ | **4712** |
| 4.2 **THE MCCRAW LAW GROUP** <br> **John C. (Charlie) Ginn** <br> **5900 South Lake Forest Drive, Suite 450** <br> **McKinney, TX 75070** | Line **3.3** <br><br> ☐ Not listed. Explain ____ | **DAVID GARZA** |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ **854,804.87** |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ **854,804.87** |

---

**Fill in this information to identify the case:**

Debtor name          **BALKAN EXPRESS, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **25-41544**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest  →  **Contract related to operations** | |
|    State the term remaining | |
|    List the contract number of any government contract  →  **Month to Month** | **Alvys** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest  →  **Contract re tracking trucks and trailers** | |
|    State the term remaining  →  **3 Year Contract** | |
|    List the contract number of any government contract | **Motive** |

5/14/25 7:10PM

**Fill in this information to identify the case:**

Debtor name    **BALKAN EXPRESS, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **25-41544**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

|      | Name | Mailing Address | | | Name | Check all schedules that apply: |
|------|------|------|------|------|------|------|
| 2.1 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |