**Fill in this information to identify the case:**

Debtor name: **BALKAN EXPRESS, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **25-41544**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **PNC Bank** | **Operating Account** | 1058 | **$(48,807.40)** |
| 3.2. **PNC Bank** | **Operating Account** | 7176 | **$5.00** |

**4. Other cash equivalents** *(Identify all)*

**5. Total of Part 1.** | **$5.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11. Accounts receivable**

Debtor  **BALKAN EXPRESS, LLC**                                      Case number *(If known)* **25-41544**
        Name

|  | 11a. 90 days old or less: | 5,302.50 | − | 0.00 | = .... | $5,302.50 |
|---|---|---|---|---|---|---|
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |

| 12. | **Total of Part 3.** | $5,302.50 |
|---|---|---|
|  | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. |  |

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

|  | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 39. | **Office furniture** **Office Furniture, Office Fixtures, and Office Equipment** | **Unknown** | **Estimated Value** | **$30,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | $30,000.00 |
|---|---|---|
|  | Add lines 39 through 42.  Copy the total to line 86. |  |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor **BALKAN EXPRESS, LLC**  
Name

Case number *(If known)* **25-41544**

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.  
☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**<br>*See attached exhibit for complete listing of Trucks and Trailers | | | |
| 47.1. | **Two Loans: (a) 6 International Trucks, 1 Kenworth Truck, (b) 7 Kenworth Trucks** | $0.00 | N/A | Unknown |
| 47.2. | **2 2025 Freightliner Trucks** | $0.00 | Appraisal | $270,000.00 |
| 47.3. | **Two Loans (a) 7 2025 Freightliners (b) 3 2025 Westernstars** | $0.00 | Appraisal | $1,915,159.00 |
| 47.4. | **10 2025 Volvo Trucks** | $0.00 | Appraisal | $1,700,000.00 |
| 47.5. | **8 2024 Kenworth Trucks** | $0.00 | Appraisal | $1,253,752.00 |
| 47.6. | **8 Loans: (a) 4 International Trucks, (b) 1 Kenworth Truck, (c) 2 Kenworth Trucks, (d) 7 Kenworth Trucks, (e) Trailers, (f) 3 International Trucks, (g) 1 Kenworth Truck, (h) 2 Kenworth Trucks** | $0.00 | N/A | Unknown |
| 47.7. | **17 Loans: (a) 6 Kenworth Trucks, (b) 9 Kenworth Trucks, (c) 2 Kenworth Trucks, (d) 1 Kenworth Truck, (e) 1 Peterbilt Truck, (f) 7 Kenworth Trucks, (g) 3 Peterbilt Trucks, (h) 4 Kenworth Trucks, (i) 4 Peterbilt Trucks, (j) 5 Kenworth Trucks, (k) 2 Peterbilt Trucks, (l) 10 Peterbilt Trucks, (m) 2 Kenworth Trucks, (n) 1 Kenworth Truck, (o) 1 Kenworth Truck, (p) 1 Kenworth Truck, (q) 2 Kenworth Trucks** | $0.00 | N/A | Unknown |
| 47.8. | **2 Volvo Trucks, 16 Kenworth Trucks, 2 Freightliner Trucks** | $0.00 | N/A | Unknown |
| 47.9. | **See Complete List of Trucks and Trailers on Ex. 47** | $0.00 | Appraisal | $25,399,142.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. | **25 2024 HYD Trailers** | $0.00 | Appraisal | $796,875.00 |

Debtor **BALKAN EXPRESS, LLC**     Case number *(If known)* **25-41544**
     Name

| | | | | |
|---|---|---|---|---|
| 48.2. | **Trucks and Trailers** | $0.00 | N/A | Unknown |
| 48.3. | **15 Trailers** | $0.00 | N/A | $0.00 |
| 48.4. | **Two Loans: (a) 15 Trailers, (b) 10 Trailers.** | $0.00 | N/A | $0.00 |
| 48.5. | **1 Western Truck, 1 Freightliner Truck** | $0.00 | N/A | $0.00 |
| 48.6. | **12 2025 Hyundai Trailers** | $0.00 | Appraisal | $459,000.00 |
| 48.7. | **5 2025 International Trucks** | $0.00 | Appraisal | $690,625.00 |
| 48.8. | **25 2025 Hyundai Trailers** | $0.00 | Appraisal | $956,250.00 |
| 48.9. | **9 2025 Hyundai Trailers** | $0.00 | Appraisal | $344,250.00 |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                     **$33,785,053.00**

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   - [✓] No
   - [ ] Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   - [ ] No
   - [✓] Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
   - [ ] No. Go to Part 10.
   - [✓] Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2560 E. Long Ave, Fort Worth, Texas 76137** | Fee simple | Unknown | Est. Mkt. Value | $4,000,000.00 |

| Debtor | **BALKAN EXPRESS, LLC** | Case number *(If known)* **25-41544** |
|---|---|---|
| | Name | |

| 56. | **Total of Part 9.** | **$4,000,000.00** |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No. Go to Part 11.
   ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☑ Yes Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | |
| | **Earned Tax Credit** | Tax year **2024** | **$438,326.00** |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 78. | **Total of Part 11.** | **$438,326.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor **BALKAN EXPRESS, LLC**
Name

Case number *(If known)* **25-41544**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,302.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $33,785,053.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $4,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $438,326.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $34,258,686.50 | + 91b. $4,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $38,258,686.50 |

EXHIBIT A/B 47
Complete List of Trucks and Trailers

| UNIT # | YEAR | MAKE | VIN | Est. Market Value | Type |
|---|---|---|---|---|---|
| HH7010 | 2018 | HYUNDAI | 3H3V532C6JT437010 | $15,938 | Trailer |
| H93047 | 2019 | HYUNDAI | 3H3V532C0KT193047 | $18,594 | Trailer |
| H78083 | 2017 | HYUNDAI | 3H3V532C6HT018083 | $13,281 | Trailer |
| H78099 | 2017 | HYUNDAI | 3H3V532CXHT018099 | $13,281 | Trailer |
| HH1017 | 2018 | HYUNDAI | 3H3V532C7JT441017 | $15,938 | Trailer |
| HH7020 | 2018 | HYUNDAI | 3H3V532C9JT437020 | $15,938 | Trailer |
| HH7022 | 2018 | HYUNDAI | 3H3V532C2JT437022 | $15,938 | Trailer |
| H74031 | 2017 | HYUNDAI | 3H3V532C3HT464031 | $13,281 | Trailer |
| H74029 | 2017 | HYUNDAI | 3H3V532C5HT464029 | $13,281 | Trailer |
| H74023 | 2017 | HYUNDAI | 3H3V532C4HT464023 | $13,281 | Trailer |
| H78091 | 2017 | HYUNDAI | 3H3V532C5HT018091 | $13,281 | Trailer |
| HH7033 | 2018 | HYUNDAI | 3H3V532C7JT437033 | $15,938 | Trailer |
| HH7023 | 2018 | HYUNDAI | 3H3V532C4JT437023 | $15,938 | Trailer |
| HH7040 | 2018 | HYUNDAI | 3H3V532C4JT437040 | $15,938 | Trailer |
| HH7044 | 2018 | HYUNDAI | 3H3V532C1JT437044 | $15,938 | Trailer |
| HH7049 | 2018 | HYUNDAI | 3H3V532C0JT437049 | $15,938 | Trailer |
| HH1034 | 2018 | HYUNDAI | 3H3V532C7JT441034 | $15,938 | Trailer |
| HH7029 | 2018 | HYUNDAI | 3H3V532C5JT437029 | $15,938 | Trailer |
| HH7013 | 2018 | HYUNDAI | 3H3V532C1JT437013 | $15,938 | Trailer |
| HH7031 | 2018 | HYUNDAI | 3H3V532C3JT437031 | $15,938 | Trailer |
| H78078 | 2017 | Hyundai | 3H3V532C2HT018078 | $13,281 | Trailer |
| HH3099 | 2018 | HYUNDAI | 3H3V532C5JR443099 | $15,938 | Trailer |
| HH3200 | 2018 | HYUNDAI | 3H3V532C1JR443200 | $15,938 | Trailer |
| HH3210 | 2018 | HYUNDAI | 3H3V532C4JR443210 | $15,938 | Trailer |
| HH3137 | 2018 | HYUNDAI | 3H3V532C9JR443137 | $15,938 | Trailer |
| H81144 | 2018 | HYUNDAI | 3H3V532C9JR091144 | $15,938 | Trailer |
| H81147 | 2018 | HYUNDAI | 3H3V532C4JR091147 | $15,938 | Trailer |
| HH3096 | 2018 | HYUNDAI | 3H3V532CXJR443096 | $15,938 | Trailer |
| HH3101 | 2018 | HYUNDAI | 3H3V532CXJR443101 | $15,938 | Trailer |
| HH3121 | 2018 | HYUNDAI | 3H3V532C5JR443121 | $15,938 | Trailer |
| HH3196 | 2018 | HYUNDAI | 3H3V532C3JR443196 | $15,938 | Trailer |
| HH3247 | 2018 | HYUNDAI | 3H3V532C5JR443247 | $15,938 | Trailer |
| HH7009 | 2018 | HYUNDAI | 3H3V532CXJT437009 | $15,938 | Trailer |
| H81146 | 2018 | HYUNDAI | 3H3V532C2JR091146 | $15,938 | Trailer |
| HH3104 | 2018 | HYUNDAI | 3H3V532C5JR443104 | $15,938 | Trailer |

EXHIBIT A/B 47
Complete List of Trucks and Trailers

| UNIT # | YEAR | MAKE | VIN | Est. Market Value | Type |
|---|---|---|---|---|---|
| HH3250 | 2018 | HYUNDAI | 3H3V532C5JR443250 | $15,938 | Trailer |
| HH7003 | 2018 | HYUNDAI | 3H3V532C9JT437003 | $15,938 | Trailer |
| HH7008 | 2018 | HYUNDAI | 3H3V532C8JT437008 | $15,938 | Trailer |
| H81067 | 2018 | HYUNDAI | 3H3V532C6JR091067 | $15,938 | Trailer |
| H81068 | 2018 | HYUNDAI | 3H3V532C8JR091068 | $15,938 | Trailer |
| H81149 | 2018 | HYUNDAI | 3H3V532C8JR091149 | $15,938 | Trailer |
| 20025 | 2020 | HYUNDAI | 3H3V532C1LT259025 | $21,250 | Trailer |
| 179545 | 2017 | WABAH | 1JJV532D5HL969545 | $13,281 | Trailer |
| 179549 | 2017 | WABAH | 1JJV532D2HL969549 | $13,281 | Trailer |
| H78008 | 2017 | HYUNDAI | 3H3V532C3HT018008 | $13,281 | Trailer |
| H78050 | 2017 | HYUNDAI | 3H3V532C2HT018050 | $13,281 | Trailer |
| 179530 | 2017 | WABAH | 1JJV532D3HL969530 | $13,281 | Trailer |
| H78064 | 2017 | HYUNDAI | 3H3V532C2HT018064 | $13,281 | Trailer |
| H78081 | 2017 | HYUNDAI | 3H3V532C2HT018081 | $13,281 | Trailer |
| H80031 | 2018 | HYUNDAI | 3H3V532C2JR160031 | $15,938 | Trailer |
| H81008 | 2018 | HYUNDAI | 3H3V532C1JR161008 | $15,938 | Trailer |
| H80037 | 2018 | HYUNDAI | 3H3V532C3JR160037 | $15,938 | Trailer |
| H80041 | 2018 | HYUNDAI | 3H3V532C5JR160041 | $15,938 | Trailer |
| H81004 | 2018 | HYUNDAI | 3H3V532C4JR161004 | $15,938 | Trailer |
| H81020 | 2018 | HYUNDAI | 3H3V532C2JR161020 | $15,938 | Trailer |
| H80033 | 2018 | HYUNDAI | 3H3V532C6JR160033 | $15,938 | Trailer |
| H81035 | 2018 | HYUNDAI | 3H3V532C4JR161035 | $15,938 | Trailer |
| HH7047 | 2018 | HYUNDAI | 3H3V532C7JT437047 | $15,938 | Trailer |
| H78020 | 2017 | HYUNDAI | 3H3V532C4HT018020 | $13,281 | Trailer |
| H78051 | 2017 | HYUNDAI | 3H3V532C4HT018051 | $13,281 | Trailer |
| H78066 | 2017 | HYUNDAI | 3H3V532C6HT018066 | $13,281 | Trailer |
| H78005 | 2017 | HYUNDAI | 3H3V532C8HT018005 | $13,281 | Trailer |
| H78003 | 2017 | HYUNDAI | 3H3V532C4HT018003 | $13,281 | Trailer |
| H78043 | 2017 | HYUNDAI | 3H3V532C5HT018043 | $13,281 | Trailer |
| H78031 | 2017 | HYUNDAI | 3H3V532C9HT018031 | $13,281 | Trailer |
| H78048 | 2017 | HYUNDAI | 3H3V532C4HT018048 | $13,281 | Trailer |
| H78082 | 2017 | HYUNDAI | 3H3V532C4HT018082 | $13,281 | Trailer |
| H78093 | 2017 | HYUNDAI | 3H3V532C9HT018093 | $13,281 | Trailer |
| H78025 | 2017 | HYUNDAI | 3H3V532C3HT018025 | $13,281 | Trailer |
| H78026 | 2017 | HYUNDAI | 3H3V532C5HT018026 | $13,281 | Trailer |

| UNIT # | YEAR | MAKE | VIN | Est. Market Value | Type |
|---|---|---|---|---|---|
| H78068 | 2017 | HYUNDAI | 3H3V532CXHT018068 | $13,281 | Trailer |
| H78085 | 2017 | HYUNDAI | 3H3V532CXHT018085 | $13,281 | Trailer |
| H78034 | 2017 | HYUNDAI | 3H3V532C4HT018034 | $13,281 | Trailer |
| H78039 | 2017 | HYUNDAI | 3H3V532C3HT018039 | $13,281 | Trailer |
| H78088 | 2017 | HYUNDAI | 3H3V532C5HT018088 | $13,281 | Trailer |
| H93048 | 2019 | HYUNDAI | 3H3V532C2KT193048 | $18,594 | Trailer |
| H91021 | 2019 | HYUNDAI | 3H3V532C6KR451021 | $18,594 | Trailer |
| H91038 | 2019 | HYUNDAI | 3H3V532C1KR451038 | $18,594 | Trailer |
| H91039 | 2019 | HYUNDAI | 3H3V532C3KR451039 | $18,594 | Trailer |
| H93007 | 2019 | HYUNDAI | 3H3V532CXKT193007 | $18,594 | Trailer |
| H93037 | 2019 | HYUNDAI | 3H3V532C8KT193037 | $18,594 | Trailer |
| H93038 | 2019 | HYUNDAI | 3H3V532CXKT193038 | $18,594 | Trailer |
| H93043 | 2019 | HYUNDAI | 3H3V532C3KT193043 | $18,594 | Trailer |
| H93009 | 2019 | HYUNDAI | 3H3V532C3KT193009 | $18,594 | Trailer |
| H91041 | 2019 | HYUNDAI | 3H3V532C1KR451041 | $18,594 | Trailer |
| H91046 | 2019 | HYUNDAI | 3H3V532C0KR451046 | $18,594 | Trailer |
| H91047 | 2019 | HYUNDAI | 3H3V532C2KR451047 | $18,594 | Trailer |
| H93036 | 2019 | HYUNDAI | 3H3V532C6KT193036 | $18,594 | Trailer |
| H93039 | 2019 | HYUNDAI | 3H3V532C1KT193039 | $18,594 | Trailer |
| H93041 | 2019 | HYUNDAI | 3H3V532CXKT193041 | $18,594 | Trailer |
| H93042 | 2019 | HYUNDAI | 3H3V532C1KT193042 | $18,594 | Trailer |
| H93044 | 2019 | HYUNDAI | 3H3V532C5KT193044 | $18,594 | Trailer |
| H93045 | 2019 | HYUNDAI | 3H3V532C7KT193045 | $18,594 | Trailer |
| H93046 | 2019 | HYUNDAI | 3H3V532C9KT193046 | $18,594 | Trailer |
| H91025 | 2019 | HYUNDAI | 3H3V532C3KR451025 | $18,594 | Trailer |
| H93049 | 2019 | HYUNDAI | 3H3V532C4KT193049 | $18,594 | Trailer |
| H93010 | 2019 | HYUNDAI | 3H3V532CXKT193010 | $18,594 | Trailer |
| H91048 | 2019 | HYUNDAI | 3H3V532C4KR451048 | $18,594 | Trailer |
| H91042 | 2019 | HYUNDAI | 3H3V532C3KR451042 | $18,594 | Trailer |
| H78006 | 2017 | HYUNDAI | 3H3V532CXHT018006 | $13,281 | Trailer |
| H91035 | 2019 | HYUNDAI | 3H3V532C0KR451035 | $18,594 | Trailer |
| H78090 | 2017 | HYUNDAI | 3H3V532C3HT018090 | $13,281 | Trailer |
| 227085 | 2022 | HYUNDAI | 3H3V532KXNS027085 | $24,969 | Trailer |
| 227072 | 2022 | HYUNDAI | 3H3V532K1NS027072 | $24,969 | Trailer |
| 227064 | 2022 | HYUNDAI | 3H3V532K2NS027064 | $24,969 | Trailer |

Complete List of Trucks and Trailers

| UNIT # | YEAR | MAKE | VIN | Est. Market Value | Type |
|---|---|---|---|---|---|
| 227061 | 2022 | HYUNDAI | 3H3V532K7NS027061 | $24,969 | Trailer |
| 227075 | 2022 | HYUNDAI | 3H3V532K7NS027075 | $24,969 | Trailer |
| 227076 | 2022 | HYUNDAI | 3H3V532K9NS027076 | $24,969 | Trailer |
| 227095 | 2022 | HYUNDAI | 3H3V532K2NS027095 | $24,969 | Trailer |
| 227098 | 2022 | HYUNDAI | 3H3V532K8NS027098 | $24,969 | Trailer |
| 227101 | 2022 | HYUNDAI | 3H3V532K4NS027101 | $24,969 | Trailer |
| 227102 | 2022 | HYUNDAI | 3H3V532K6NS027102 | $24,969 | Trailer |
| 227070 | 2022 | HYUNDAI | 3H3V532K8NS027070 | $24,969 | Trailer |
| 227071 | 2022 | HYUNDAI | 3H3V532KXNS027071 | $24,969 | Trailer |
| 227073 | 2022 | HYUNDAI | 3H3V532K3NS027073 | $24,969 | Trailer |
| 227074 | 2022 | HYUNDAI | 3H3V532K5NS027074 | $24,969 | Trailer |
| 227077 | 2022 | HYUNDAI | 3H3V532K0NS027077 | $24,969 | Trailer |
| 227079 | 2022 | HYUNDAI | 3H3V532K4NS027079 | $24,969 | Trailer |
| 227080 | 2022 | HYUNDAI | 3H3V532K0NS027080 | $24,969 | Trailer |
| 227081 | 2022 | HYUNDAI | 3H3V532K2NS027081 | $24,969 | Trailer |
| 227083 | 2022 | HYUNDAI | 3H3V532K6NS027083 | $24,969 | Trailer |
| 227084 | 2022 | HYUNDAI | 3H3V532K8NS027084 | $24,969 | Trailer |
| 227086 | 2022 | HYUNDAI | 3H3V532K1NS027086 | $24,969 | Trailer |
| 227087 | 2022 | HYUNDAI | 3H3V532K3NS027087 | $24,969 | Trailer |
| 227089 | 2022 | HYUNDAI | 3H3V532K7NS027089 | $24,969 | Trailer |
| 227090 | 2022 | HYUNDAI | 3H3V532K3NS027090 | $24,969 | Trailer |
| 227097 | 2022 | HYUNDAI | 3H3V532K6NS027097 | $24,969 | Trailer |
| 227103 | 2022 | HYUNDAI | 3H3V532K8NS027103 | $24,969 | Trailer |
| 227104 | 2022 | HYUNDAI | 3H3V532KXNS027104 | $24,969 | Trailer |
| 227105 | 2022 | HYUNDAI | 3H3V532K1NS027105 | $24,969 | Trailer |
| 227108 | 2022 | HYUNDAI | 3H3V532K7NS027108 | $24,969 | Trailer |
| 227065 | 2022 | HYUNDAI | 3H3V532K4NS027065 | $24,969 | Trailer |
| 227067 | 2022 | HYUNDAI | 3H3V532K8NS027067 | $24,969 | Trailer |
| 227068 | 2022 | HYUNDAI | 3H3V532KXNS027068 | $24,969 | Trailer |
| 227069 | 2022 | HYUNDAI | 3H3V532K1NS027069 | $24,969 | Trailer |
| 227082 | 2022 | HYUNDAI | 3H3V532K4NS027082 | $24,969 | Trailer |
| 227088 | 2022 | HYUNDAI | 3H3V532K5NS027088 | $24,969 | Trailer |
| 227063 | 2022 | HYUNDAI | 3H3V532K0NS027063 | $24,969 | Trailer |
| 227066 | 2022 | HYUNDAI | 3H3V532K6NS027066 | $24,969 | Trailer |
| 20014 | 2020 | HYUNDAI | 3H3V532C7LT259014 | $21,250 | Trailer |

Complete List of Trucks and Trailers

| UNIT # | YEAR | MAKE | VIN | Est. Market Value | Type |
|---|---|---|---|---|---|
| 20028 | 2020 | HYUNDAI | 3H3V532C7LT259028 | $21,250 | Trailer |
| 20013 | 2020 | HYUNDAI | 3H3V532C5LT259013 | $21,250 | Trailer |
| 20030 | 2020 | HYUNDAI | 3H3V532C5LT259030 | $21,250 | Trailer |
| 20038 | 2020 | HYUNDAI | 3H3V532CXLT259038 | $21,250 | Trailer |
| 20001 | 2020 | HYUNDAI | 3H3V532C9LT259001 | $21,250 | Trailer |
| 20004 | 2020 | HYUNDAI | 3H3V532C4LT259004 | $21,250 | Trailer |
| 20016 | 2020 | HYUNDAI | 3H3V532C0LT259016 | $21,250 | Trailer |
| 20024 | 2020 | HYUNDAI | 3H3V532CXLT259024 | $21,250 | Trailer |
| 20032 | 2020 | HYUNDAI | 3H3V532C9LT259032 | $21,250 | Trailer |
| 20003 | 2020 | HYUNDAI | 3H3V532C2LT259003 | $21,250 | Trailer |
| 20020 | 2020 | HYUNDAI | 3H3V532C2LT259020 | $21,250 | Trailer |
| 20026 | 2020 | HYUNDAI | 3H3V532C3LT259026 | $21,250 | Trailer |
| 20034 | 2020 | HYUNDAI | 3H3V532C2LT259034 | $21,250 | Trailer |
| 20035 | 2020 | HYUNDAI | 3H3V532C4LT259035 | $21,250 | Trailer |
| 20002 | 2020 | HYUNDAI | 3H3V532C0LT259002 | $21,250 | Trailer |
| 20005 | 2020 | HYUNDAI | 3H3V532C6LT259005 | $21,250 | Trailer |
| 20006 | 2020 | HYUNDAI | 3H3V532C8LT259006 | $21,250 | Trailer |
| 20007 | 2020 | HYUNDAI | 3H3V532CXLT259007 | $21,250 | Trailer |
| 20010 | 2020 | HYUNDAI | 3H3V532CXLT259010 | $21,250 | Trailer |
| 20011 | 2020 | HYUNDAI | 3H3V532CXLT259011 | $21,250 | Trailer |
| 20018 | 2020 | HYUNDAI | 3H3V532C4LT259018 | $21,250 | Trailer |
| 20019 | 2020 | HYUNDAI | 3H3V532C6LT259019 | $21,250 | Trailer |
| 20021 | 2020 | HYUNDAI | 3H3V532C4LT259021 | $21,250 | Trailer |
| 20022 | 2020 | HYUNDAI | 3H3V532C6LT259022 | $21,250 | Trailer |
| 20027 | 2020 | HYUNDAI | 3H3V532C5LT259027 | $21,250 | Trailer |
| 20009 | 2020 | HYUNDAI | 3H3V532C3LT259009 | $21,250 | Trailer |
| 20012 | 2020 | HYUNDAI | 3H3V532C3lT259012 | $21,250 | Trailer |
| 20023 | 2020 | HYUNDAI | 3H3V532C8LT259023 | $21,250 | Trailer |
| 20029 | 2020 | HYUNDAI | 3H3V532C9LT259029 | $21,250 | Trailer |
| 20039 | 2020 | HYUNDAI | 3H3V532C1LT259039 | $21,250 | Trailer |
| 20015 | 2020 | HYUNDAI | 3H3V532C9LT259015 | $21,250 | Trailer |
| 20040 | 2020 | HYUNDAI | 3H3V532C8LT259040 | $21,250 | Trailer |
| 20017 | 2020 | HYUNDAI | 3H3V532C2LT259017 | $21,250 | Trailer |
| 244601 | 2024 | Hyundai | 3H3V532K7RJ474601 | $31,875 | Trailer |
| 244602 | 2024 | Hyundai | 3H3V532K9RJ474602 | $31,875 | Trailer |

EXHIBIT A/B-47
Complete List of Trucks and Trailers

| UNIT # | YEAR | MAKE | VIN | Est. Market Value | Type |
|---|---|---|---|---|---|
| 244603 | 2024 | Hyundai | 3H3V532K0RJ474603 | $31,875 | Trailer |
| 244604 | 2024 | Hyundai | 3H3V532K92RJ474604 | $31,875 | Trailer |
| 244605 | 2024 | Hyundai | 3H3V532K4RJ474605 | $31,875 | Trailer |
| 244606 | 2024 | Hyundai | 3H3V532K6RJ474606 | $31,875 | Trailer |
| 244607 | 2024 | Hyundai | 3H3V532K8RJ474607 | $31,875 | Trailer |
| 244608 | 2024 | Hyundai | 3H3V532KXRJ474608 | $31,875 | Trailer |
| 244609 | 2024 | Hyundai | 3H3V532K1RJ474609 | $31,875 | Trailer |
| 244610 | 2024 | Hyundai | 3H3V532K8RJ474610 | $31,875 | Trailer |
| 244611 | 2024 | Hyundai | 3H3V532KXRJ474611 | $31,875 | Trailer |
| 244612 | 2024 | Hyundai | 3H3V532K1RJ474612 | $31,875 | Trailer |
| 244613 | 2024 | Hyundai | 3H3V532K3RJ474613 | $31,875 | Trailer |
| 244614 | 2024 | Hyundai | 3H3V532K5RJ474614 | $31,875 | Trailer |
| 244615 | 2024 | Hyundai | 3H3V532K7RJ474615 | $31,875 | Trailer |
| 244616 | 2024 | Hyundai | 3H3V532K9RJ474616 | $31,875 | Trailer |
| 244617 | 2024 | Hyundai | 3H3V532K0RJ474617 | $31,875 | Trailer |
| 244618 | 2024 | Hyundai | 3H3V532K2RJ474618 | $31,875 | Trailer |
| 244619 | 2024 | Hyundai | 3H3V532K4RJ474619 | $31,875 | Trailer |
| 244620 | 2024 | Hyundai | 3H3V532K0RJ474620 | $31,875 | Trailer |
| 244621 | 2024 | Hyundai | 3H3V532K2RJ474621 | $31,875 | Trailer |
| 244622 | 2024 | Hyundai | 3H3V532K4RJ474622 | $31,875 | Trailer |
| 244623 | 2024 | Hyundai | 3H3V532K6RJ474623 | $31,875 | Trailer |
| 244624 | 2024 | Hyundai | 3H3V532K8RJ474624 | $31,875 | Trailer |
| 244625 | 2024 | Hyundai | 3H3V532KXRJ474625 | $31,875 | Trailer |
| 255109 | 2025 | Hyundai | 3H3V532K7SS135109 | $38,250 | Trailer |
| 255112 | 2025 | Hyundai | 3H3V532K7SS135112 | $38,250 | Trailer |
| 255113 | 2025 | Hyundai | 3H3V532K9SS135113 | $38,250 | Trailer |
| 255115 | 2025 | Hyundai | 3H3V532K2SS135115 | $38,250 | Trailer |
| 255116 | 2025 | Hyundai | 3H3V532K4SS135116 | $38,250 | Trailer |
| 255121 | 2025 | Hyundai | 3H3V532K8SS135121 | $38,250 | Trailer |
| 255123 | 2025 | Hyundai | 3H3V532K1SS135123 | $38,250 | Trailer |
| 255125 | 2025 | Hyundai | 3H3V532K5SS135125 | $38,250 | Trailer |
| 255126 | 2025 | Hyundai | 3H3V532K7SS135126 | $38,250 | Trailer |
| 255138 | 2025 | Hyundai | 3H3V532K3SS135138 | $38,250 | Trailer |
| 255201 | 2025 | Hyundai | 3H3V532K6SS135201 | $38,250 | Trailer |
| 255210 | 2025 | Hyundai | 3H3V532K7SS135210 | $38,250 | Trailer |

EXHIBIT A/B 47

Complete List of Trucks and Trailers

| UNIT # | YEAR | MAKE | VIN | Est. Market Value | Type |
|---|---|---|---|---|---|
| 255218 | 2025 | Hyundai | 3H3V532K1SS135218 | $38,250 | Trailer |
| 255219 | 2025 | Hyundai | 3H3V532K3SS135219 | $38,250 | Trailer |
| 255220 | 2025 | Hyundai | 3H3V532KXSS135220 | $38,250 | Trailer |
| 255226 | 2025 | Hyundai | 3H3V532K0SS135226 | $38,250 | Trailer |
| 255227 | 2025 | Hyundai | 3H3V532K2SS135227 | $38,250 | Trailer |
| 255228 | 2025 | Hyundai | 3H3V532K4SS135228 | $38,250 | Trailer |
| 255232 | 2025 | Hyundai | 3H3V532K6SS135232 | $38,250 | Trailer |
| 255235 | 2025 | Hyundai | 3H3V532K1SS135235 | $38,250 | Trailer |
| 255236 | 2025 | Hyundai | 3H3V532K3SS135236 | $38,250 | Trailer |
| 255237 | 2025 | Hyundai | 3H3V532K5SS135237 | $38,250 | Trailer |
| 255238 | 2025 | Hyundai | 3H3V532K7SS135238 | $38,250 | Trailer |
| 255240 | 2025 | Hyundai | 3H3V532K5SS135240 | $38,250 | Trailer |
| 255242 | 2025 | Hyundai | 3H3V532K9SS135242 | $38,250 | Trailer |
| 255140 | 2025 | Hyundai | 3H3V532K1SS135140 | $38,250 | Trailer |
| 255146 | 2025 | Hyundai | 3H3V532K2SS135146 | $38,250 | Trailer |
| 255147 | 2025 | Hyundai | 3H3V532K4SS135147 | $38,250 | Trailer |
| 255150 | 2025 | Hyundai | 3H3V532K4SS135150 | $38,250 | Trailer |
| 255202 | 2025 | Hyundai | 3H3V532K8SS135202 | $38,250 | Trailer |
| 255241 | 2025 | Hyundai | 3H3V532K7SS135241 | $38,250 | Trailer |
| 255248 | 2025 | Hyundai | 3H3V532KXSS135248 | $38,250 | Trailer |
| 255249 | 2025 | Hyundai | 3H3V532K1SS135249 | $38,250 | Trailer |
| 255250 | 2025 | Hyundai | 3H3V532K8SS135250 | $38,250 | Trailer |
| 255127 | 2025 | Hyundai | 3H3V532K9SS135127 | $38,250 | Trailer |
| 255128 | 2025 | Hyundai | 3H3V532K0SS135128 | $38,250 | Trailer |
| 255130 | 2025 | Hyundai | 3H3V532K9SS135130 | $38,250 | Trailer |
| 255133 | 2025 | Hyundai | 3H3V532K4SS135133 | $38,250 | Trailer |
| 255136 | 2025 | Hyundai | 3H3V532KXSS135136 | $38,250 | Trailer |
| 255137 | 2025 | Hyundai | 3H3V532K1SS135137 | $38,250 | Trailer |
| 255204 | 2025 | Hyundai | 3H3V532K1SS135204 | $38,250 | Trailer |
| 255213 | 2025 | Hyundai | 3H3V532K2SS135213 | $38,250 | Trailer |
| 255231 | 2025 | Hyundai | 3H3V532K4SS135231 | $38,250 | Trailer |
| 255233 | 2025 | Hyundai | 3H3V532K8SS135233 | $38,250 | Trailer |
| 255243 | 2025 | Hyundai | 3H3V532K0SS135243 | $38,250 | Trailer |
| 255244 | 2025 | Hyundai | 3H3V532K2SS135244 | $38,250 | Trailer |
| 144 | 2015 | Freightliner | 3AKJGEBG1FDGN1401 | $21,250 | Truck |
| 145 | 2015 | Freightliner | 3AKJGEBG0FDGN1390 | $20,719 | Truck |

EXHIBIT A/B 47
Complete List of Trucks and Trailers

| UNIT # | YEAR | MAKE | VIN | Est. Market Value | Type |
|---|---|---|---|---|---|
| 146 | 2015 | Freightliner | 3AKJGEBG4FDGN1389 | $20,719 | Truck |
| 20356 | 2020 | Kenworth | 1XKYDP9X4LJ372122 | $82,344 | Truck |
| 20357 | 2020 | Kenworth | 1XKYDP9XXLJ417290 | $79,688 | Truck |
| 20358 | 2020 | Kenworth | 1XKYDP9X3LJ417292 | $79,688 | Truck |
| 20359 | 2020 | Kenworth | 1XKYDP9X1LJ417291 | $79,688 | Truck |
| 20378 | 2020 | Kenworth | 3WKYDP9X7LF416036 | $79,688 | Truck |
| 20379 | 2020 | Kenworth | 1XKYD49X7LJ419349 | $79,688 | Truck |
| 20380 | 2020 | Kenworth | 1XKYD49X3LJ419350 | $79,688 | Truck |
| 20381 | 2020 | Kenworth | 1XKYDP9X3LJ424114 | $77,031 | Truck |
| 20383 | 2020 | Kenworth | 1XKYD49X7LJ430383 | $79,688 | Truck |
| 20384 | 2020 | Kenworth | 1XKYD49X9LJ430384 | $77,031 | Truck |
| 20306 | 2020 | Volvo | 4V4NC9EHXLN238515 | $42,500 | Truck |
| 20339 | 2020 | Volvo | 4V4NC9EH5LN236011 | $44,094 | Truck |
| 20376 | 2020 | VOLVO | 4V4NC9EH2LN238525 | $44,094 | Truck |
| 20388 | 2020 | VOLVO | 4V4NC9EH4LN238543 | $46,750 | Truck |
| 20391 | 2020 | VOLVO | 4V4NC9EHXLN260272 | $42,500 | Truck |
| 20387 | 2021 | FRHT | 3AKJHHDR4MSMR1761 | $53,125 | Truck |
| 21393 | 2021 | Kenworth | 1XKYD49X8MJ458324 | $82,344 | Truck |
| 21394 | 2021 | Kenworth | 1XKYDP9X4MJ468124 | $90,313 | Truck |
| 21395 | 2021 | Kenworth | 1XKYDP9X6MJ468125 | $90,313 | Truck |
| 21396 | 2021 | Kenworth | 1XKYDP9X8MJ468126 | $95,625 | Truck |
| 21397 | 2021 | Kenworth | 1XKYDP9XXMJ468127 | $92,969 | Truck |
| 21398 | 2021 | Kenworth | 1XKYDP9X1MJ468128 | $90,313 | Truck |
| 21399 | 2021 | Kenworth | 1XKYDP9X3MJ468129 | $82,344 | Truck |
| 21400 | 2021 | Kenworth | 1XKYDP9XXMJ468130 | $82,344 | Truck |
| 21401 | 2021 | Kenworth | 1XKYDP9X1MJ468131 | $90,313 | Truck |
| 21402 | 2021 | Kenworth | 1XKYDP9X3MJ468132 | $90,313 | Truck |
| 21403 | 2021 | Kenworth | 1XKYDP9X5MJ468133 | $95,625 | Truck |
| 21404 | 2021 | Kenworth | 1XKYDP9X8MJ460219 | $100,938 | Truck |
| 21350 | 2021 | Volvo | 4V4NC9EHXMN274089 | $51,531 | Truck |
| 22405 | 2022 | Kenworth | 1XKYDP9X8NJ468144 | $100,938 | Truck |
| 22406 | 2022 | Kenworth | 1XKYDP9X6NJ468143 | $100,938 | Truck |
| 22407 | 2022 | Kenworth | 1XKYDP9X4NJ468142 | $100,938 | Truck |
| 22408 | 2022 | Kenworth | 1XKYDP9X2NJ468141 | $100,938 | Truck |
| 22409 | 2022 | Kenworth | 1XKYDP9X0NJ468140 | $100,938 | Truck |
| 22410 | 2022 | Kenworth | 1XKYDP9X4NJ468139 | $100,938 | Truck |
| 22411 | 2022 | Kenworth | 1XKYDP9X2NJ468138 | $100,938 | Truck |
| 22412 | 2022 | Kenworth | 1XKYDP9X0NJ468137 | $100,938 | Truck |
| 22413 | 2022 | Kenworth | 1XKYDP9X7NJ468135 | $100,938 | Truck |
| 22414 | 2022 | Kenworth | 1XKYDP9X7NJ468136 | $100,938 | Truck |
| 22415 | 2022 | Kenworth | 1XKYDP9X3NJ468147 | $100,938 | Truck |
| 22416 | 2022 | Kenworth | 1XKYDP9X3NJ468148 | $100,938 | Truck |
| 22417 | 2022 | Kenworth | 1XKYDP9X7NJ468149 | $100,938 | Truck |
| 22418 | 2022 | Kenworth | 1XKYDP9X3NJ468150 | $100,938 | Truck |
| 22419 | 2022 | Kenworth | 1XKYDP9X5NJ468151 | $100,938 | Truck |
| 22420 | 2022 | Kenworth | 1XKYDP9X7NJ468152 | $100,938 | Truck |
| 22422 | 2022 | Kenworth | 1XKYDP9X0NJ468154 | $100,938 | Truck |
| 22423 | 2022 | Kenworth | 1XKYDP9X1NJ134988 | $103,594 | Truck |
| 22424 | 2022 | Kenworth | 1XKYDP9X3NJ134989 | $100,938 | Truck |
| 22425 | 2022 | Kenworth | 1XKYDP9XXNJ134990 | $100,938 | Truck |

Complete List of Trucks and Trailers

| UNIT # | YEAR | MAKE | VIN | Est. Market Value | Type |
|---|---|---|---|---|---|
| 22426 | 2022 | Kenworth | 1XKYDP9X1NJ134991 | $100,938 | Truck |
| 22427 | 2022 | Kenworth | 1XKYDP9X3NJ134992 | $100,938 | Truck |
| 22428 | 2022 | Kenworth | 1XKYDP9X5NJ134993 | $100,938 | Truck |
| 22429 | 2022 | Kenworth | 1XKYDP9X7NJ134994 | $100,938 | Truck |
| 22430 | 2022 | Kenworth | 1XKYDP9X9NJ134995 | $100,938 | Truck |
| 22431 | 2022 | Kenworth | 1XKYDP9X0NJ134996 | $100,938 | Truck |
| 22432 | 2022 | Kenworth | 1XKYDP9X2NJ134997 | $100,938 | Truck |
| 22433 | 2022 | Kenworth | 1XKYDP9X4NJ134998 | $100,938 | Truck |
| 22434 | 2022 | Kenworth | 1XKYDP9X6NJ134999 | $100,938 | Truck |
| 22435 | 2022 | Kenworth | 1XKYDP9X7NJ135000 | $100,938 | Truck |
| 22436 | 2022 | Kenworth | 1XKYDP9X9NJ135001 | $100,938 | Truck |
| 22437 | 2022 | Kenworth | 1XKYDP9X0NJ135002 | $100,938 | Truck |
| 22438 | 2022 | Kenworth | 1XKYDP9X2NJ135003 | $100,938 | Truck |
| 22439 | 2022 | Kenworth | 1XKYDP9X4NJ135004 | $100,938 | Truck |
| 22440 | 2022 | Kenworth | 1XKYDP9X6NJ135005 | $100,938 | Truck |
| 22441 | 2022 | Kenworth | 1XKYDP9X8NJ135006 | $100,938 | Truck |
| 22442 | 2022 | Kenworth | 1XKYDP9XXNJ135007 | $100,938 | Truck |
| 22443 | 2022 | Kenworth | 1XKYDP9X1NJ135008 | $100,938 | Truck |
| 22444 | 2022 | Kenworth | 1XKYDP9X3NJ135009 | $100,938 | Truck |
| 22445 | 2022 | Kenworth | 1XKYDP9XXNJ135010 | $100,938 | Truck |
| 22446 | 2022 | Kenworth | 1XKYDP9X1NJ135011 | $100,938 | Truck |
| 22447 | 2022 | PETE | 1XPBDP9X9ND795179 | $100,938 | Truck |
| 22448 | 2022 | PETE | 1XPBDP9X5ND795180 | $100,938 | Truck |
| 22449 | 2022 | PETE | 1XPBDP9X7ND795181 | $100,938 | Truck |
| 22450 | 2022 | PETE | 1XPBDP9X9ND795182 | $100,938 | Truck |
| 22451 | 2022 | PETE | 1XPBDP9X0ND795183 | $100,938 | Truck |
| 22452 | 2022 | PETE | 1XPBDP9X2ND795184 | $100,938 | Truck |
| 22453 | 2022 | PETE | 1XPBDP9X4ND795185 | $100,938 | Truck |
| 22454 | 2022 | PETE | 1XPBDP9X6ND795186 | $100,938 | Truck |
| 22455 | 2022 | PETE | 1XPBDP9X8ND795187 | $100,938 | Truck |
| 22456 | 2022 | PETE | 1XPBDP9XXND795188 | $100,938 | Truck |
| 22457 | 2022 | PETE | 1XPBDP9X2ND803669 | $100,938 | Truck |
| 22458 | 2022 | PETE | 1XPBDP9X9ND803670 | $100,938 | Truck |
| 22459 | 2022 | PETE | 1XPBDP9X0ND803671 | $100,938 | Truck |
| 22460 | 2022 | PETE | 1XPBDP9X2ND803672 | $100,938 | Truck |
| 22461 | 2022 | PETE | 1XPBDP9X4ND803673 | $100,938 | Truck |
| 22462 | 2022 | PETE | 1XPBDP9X6ND803674 | $100,938 | Truck |
| 22463 | 2022 | PETE | 1XPBDP9X8ND803675 | $100,938 | Truck |
| 22464 | 2022 | PETE | 1XPBDP9XXND803676 | $100,938 | Truck |
| 22465 | 2022 | PETE | 1XPBDP9X1ND803677 | $103,594 | Truck |
| 22466 | 2022 | PETE | 1XPBDP9X3ND803678 | $100,938 | Truck |
| 23489 | 2023 | International | 3HSDZAPR6PN217210 | $108,906 | Truck |
| 23490 | 2023 | International | 3HSDZAPR8PN217211 | $108,906 | Truck |
| 23491 | 2023 | International | 3HSDZAPRXPN217209 | $108,906 | Truck |
| 23467 | 2023 | Kenworth | 1XKYDP9X3PJ246162 | $116,875 | Truck |
| 23468 | 2023 | Kenworth | 1XKYDP9X5PJ246163 | $116,875 | Truck |
| 23469 | 2023 | Kenworth | 1XKYDP9X7PJ246164 | $116,875 | Truck |
| 23470 | 2023 | Kenworth | 1XKYDP9X4PJ249538 | $116,875 | Truck |
| 23471 | 2023 | Kenworth | 1XKYDP9X6PJ249539 | $124,844 | Truck |
| 23472 | 2023 | Kenworth | 1XKYDP9X9PJ246165 | $116,875 | Truck |

EXHIBIT A/B 47
Complete List of Trucks and Trailers

| UNIT # | YEAR | MAKE | VIN | Est. Market Value | Type |
|---|---|---|---|---|---|
| 23473 | 2023 | Kenworth | 1XKYDP9X0PJ246166 | $116,875 | Truck |
| 23474 | 2023 | Kenworth | 1XKYDP9X4PJ246168 | $116,875 | Truck |
| 23476 | 2023 | Kenworth | 1XKYDP9X6PJ246169 | $116,875 | Truck |
| 23477 | 2023 | Kenworth | 1XKYDP9X2PJ246170 | $116,875 | Truck |
| 23478 | 2023 | Kenworth | 1XKYDP9X4PJ246171 | $116,875 | Truck |
| 23479 | 2023 | Kenworth | 1XKYDP9X6PJ246172 | $116,875 | Truck |
| 23480 | 2023 | Kenworth | 1XKYDP9X8PJ246173 | $116,875 | Truck |
| 23481 | 2023 | Kenworth | 1XKYDP9XXPJ246174 | $116,875 | Truck |
| 23482 | 2023 | Kenworth | 1XKYDP9X1PJ246175 | $116,875 | Truck |
| 23483 | 2023 | Kenworth | 1XKYDP9X3PJ246176 | $124,844 | Truck |
| 23484 | 2023 | Kenworth | 1XKYDP9X5PJ246177 | $116,875 | Truck |
| 23485 | 2023 | Kenworth | 1XKYDP9X7PJ246178 | $116,875 | Truck |
| 23486 | 2023 | Kenworth | 1XKYDP9X9PJ246179 | $122,188 | Truck |
| 23487 | 2023 | Kenworth | 1XKYDP9X5PJ246180 | $116,875 | Truck |
| 23488 | 2023 | Kenworth | 1XKYDP9X7PJ246181 | $124,844 | Truck |
| 24492 | 2024 | International | 3HSDZAPR9RN287867 | $122,188 | Truck |
| 24493 | 2024 | International | 3HSDZAPR6RN287874 | $122,188 | Truck |
| 24494 | 2024 | International | 3HSDZAPRXRN287876 | $122,188 | Truck |
| 24495 | 2024 | International | 3HSDZAPR8RN287875 | $122,188 | Truck |
| 24502 | 2024 | International | 3HSDZAPR1RN287877 | $122,188 | Truck |
| 24503 | 2024 | International | 3HSDZAPR3RN287878 | $124,844 | Truck |
| 24504 | 2024 | International | 3HSDZAPR5RN287879 | $124,844 | Truck |
| 24505 | 2024 | International | 3HSDZAPR1RN287880 | $122,188 | Truck |
| 24506 | 2024 | International | 3HSDZAPR3RN287881 | $122,188 | Truck |
| 24507 | 2024 | International | 3HSDZAPR5RN287882 | $122,188 | Truck |
| 24496 | 2024 | Kenworth | 1XKYDP9X0RJ339594 | $130,156 | Truck |
| 24497 | 2024 | Kenworth | 1XKYDP9X2RJ339595 | $138,125 | Truck |
| 24498 | 2024 | Kenworth | 1XKYDP9X4RJ339596 | $132,813 | Truck |
| 24499 | 2024 | Kenworth | 1XKYDP9X6RJ339597 | $132,813 | Truck |
| 24500 | 2024 | Kenworth | 1XKYDP9X8RJ339598 | $132,813 | Truck |
| 24501 | 2024 | Kenworth | 1XKYDP9XXRJ339599 | $132,813 | Truck |
| 24529 | 2024 | KENWORTH | 1XKYD49X0RJ344020 | $156,719 | Truck |
| 24530 | 2024 | KENWORTH | 1XKYD49X2RJ344021 | $156,719 | Truck |
| 24531 | 2024 | KENWORTH | 1XKYD49X6RJ344023 | $156,719 | Truck |
| 24532 | 2024 | KENWORTH | 1XKYD49XXRJ344025 | $156,719 | Truck |
| 24533 | 2024 | KENWORTH | 1XKYD49X1RJ344026 | $156,719 | Truck |
| 24534 | 2024 | KENWORTH | 1XKYD49X3RJ344027 | $156,719 | Truck |
| 24535 | 2024 | KENWORTH | 1XKYD49X5RJ344028 | $156,719 | Truck |
| 24536 | 2024 | KENWORTH | 1XKYD49X7RJ344029 | $156,719 | Truck |
| 25519 | 2025 | Freightliner | 3AKJHHDR8SSVV5412 | $185,938 | Truck |
| 25520 | 2025 | Freightliner | 3AKJHHDRXSSVV5413 | $185,938 | Truck |
| 25521 | 2025 | Freightliner | 3AKJHHDR1SSVV5414 | $185,938 | Truck |
| 25522 | 2025 | Freightliner | 3AKJHHDR1SSVV5445 | $185,938 | Truck |
| 25523 | 2025 | Freightliner | 3AKJHHDR3SSVV5446 | $185,938 | Truck |
| 25524 | 2025 | Freightliner | 3AKJHHDR9SSVV5449 | $185,938 | Truck |
| 25525 | 2025 | Freightliner | 3AKJHHDR4SSVV5455 | $185,938 | Truck |
| 25538 | 2025 | freightliner | 3AKJHHDR9SSVV5399 | $185,938 | Truck |
| 25539 | 2025 | freightliner | 3AKJHHDR3SSVV5396 | $185,938 | Truck |
| 25540 | 2025 | freightliner | 3akjhhdr7ssvv5398 | $185,938 | Truck |
| 25541 | 2025 | International | 3HSDZAPR0SN060010 | $138,125 | Truck |

Complete List of Trucks and Trailers

| UNIT # | YEAR | MAKE | VIN | Est. Market Value | Type |
|---|---|---|---|---|---|
| 25542 | 2025 | International | 3HSDZAPR1SN060386 | $138,125 | Truck |
| 25543 | 2025 | International | 3HSDZAPR5SN057507 | $138,125 | Truck |
| 25544 | 2025 | International | 3HSDZAPR8SN060384 | $138,125 | Truck |
| 25545 | 2025 | International | 3HSDZAPRXSN060385 | $138,125 | Truck |
| 25508 | 2025 | volvo | 4V4NC9EH1SN674281 | $170,000 | Truck |
| 25509 | 2025 | volvo | 4V4NC9EH0SN674269 | $170,000 | Truck |
| 25510 | 2025 | volvo | 4V4NC9EH7SN674270 | $170,000 | Truck |
| 25511 | 2025 | volvo | 4V4NC9EH9SN674271 | $170,000 | Truck |
| 25512 | 2025 | volvo | 4V4NC9EH9SN674285 | $170,000 | Truck |
| 25513 | 2025 | volvo | 4V4NC9EH8SN674276 | $170,000 | Truck |
| 25514 | 2025 | volvo | 4V4NC9EHXSN674277 | $170,000 | Truck |
| 25516 | 2025 | volvo | 4V4NC9EH1SN674278 | $170,000 | Truck |
| 25517 | 2025 | volvo | 4V4NC9EH3SN674279 | $167,344 | Truck |
| 25518 | 2025 | volvo | 4V4NC9EHXSN674280 | $170,000 | Truck |
| 25526 | 2025 | WESTERN STAR | 3BHJBZDR6SDVT1386 | $204,531 | Truck |
| 25527 | 2025 | WESTERN STAR | 3BHJBZDR8SDVT1387 | $204,531 | Truck |
| 25528 | 2025 | WESTERN STAR | 3BHJBZDRXSDVT1388 | $204,531 | Truck |
| 25537 | 2025 | WESTERN STAR | 3BHJBZDR7SDVT1526 | $204,531 | Truck |