IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-41544-ELM |
| | § | |
| BALKAN EXPRESS, LLC, *et al.* | § | CHAPTER 11 |
| | § | |
| DEBTORS.[1] | § | (Jointly Administered) |

## NOTICE OF PRELIMINARY HEARING ON PNC BANK, NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AGAINST EQUIPMENT OR ALTERNATIVELY, MOTION FOR ADEQUATE PROTECTION

You are hereby notified that the hearing regarding the preliminary hearing for the Motion for Relief from the Automatic Stay Against Equipment, or Alternatively, Motion for Adequate Protection, filed by PNC Bank, National Association [Doc. Nos. 222 and 223], has been set for **September 2, 2025, at 9:30 a.m.**, before the Honorable Edward L. Morris, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102, via WebEx.

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 2309 445 3213

Please refer to Judge Morris' Webex instructions at:

https://www.txnb.uscourts.gov/content/judge-edward-l-morris-0#Telephonic%20and%20Videoconference%20Hearing%20Policy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Balkan Express, LLC (3974), and Balkan Logistics, LLC (8202). The Debtors' mailing address is 2560 E Long Ave, Fort Worth, Texas 76137.

**NOTICE OF PRELIMINARY HEARING -** Page 1

**Respectfully submitted,**

PADFIELD & STOUT, L.L.P.
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
(817) 338-1616 Telephone
(817) 338-1610 Facsimile

*/s/ Matthew D. Giadrosich*
Mark W. Stout
State Bar I.D. # 24008096
mstout@padfieldstout.com
Matthew D. Giadrosich
State Bar I.D. #24074274
mdg@padfieldstout.com
Jessica N. Alt
State Bar I.D. #24127981
jalt@padfieldstout.com

*Attorneys for Movant*

## CERTIFICATE OF SERVICE

The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Thursday, August 7, 2025; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **Balkan Express, LLC**<br>2560 E. Long Avenue<br>Fort Worth, Texas 76137<br><br>*Debtor* | **Joshua N. Eppich**<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton St., Suite 1000<br>Fort Worth, TX 76102<br><br>*Counsel for Debtor* |
| **Eric Thomas Haitz**<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton St., Suite 1000<br>Fort Worth, TX 76102<br><br>*Counsel for Debtor* | **United States Trustee**<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75202<br><br>*U.S. Trustee* |
| **And all those receiving ECF notification in this case.** | |

/s/ Matthew D. Giadrosich
Matthew Giadrosich