United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-1075

Erin Marie Schmidt,
for the United States Trustee
Erin.Schmidt2@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Balkan Express, LLC, _et al.,_** | § | **Case No. 25-41544-ELM-11** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |
| | § | **Hearing Date:  June 4, 2026** |
| **Debtors.[1]** | § | **Hearing Time: 1:30 PM CT** |

**United States Trustee's Motion to Dismiss Cases under 11 U.S.C. § 1112(b) or, in the
Alternative, to Convert to Chapter 7**

TO THE HONORABLE EDWARD LEE MORRIS, U.S. BANKRUPTCY JUDGE:

Lisa L. Lambert, the United States Trustee for Region 6 ("United States Trustee"),

moves to dismiss Balkan Express, LLC ("Balkan Express") and Balkan Logistics, LLC

("Balkan Logistics") (collectively, the "Debtors") under 11 U.S.C. § 1112(b). In the

alternative, the United States Trustee seeks conversion of these cases to chapter 7.  The

United States Trustee would respectfully show:

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's
federal tax identification number, are: Balkan Express, LLC (3974), and Balkan Logistics, LLC (8202). The
Debtors' mailing address is 2560 E Long Ave, Fort Worth, Texas 76137.

**Summary**

These cases should be dismissed because neither Debtor has filed an operating report since September 2025 and the exclusivity period for the Debtors to file a chapter 11 plan expired February 24, 2026.  The Debtors also owe a combined $110,725.99 in quarterly fees through first quarter 2026.  In the alternative, the United States Trustee seeks conversion of these cases to chapter 7.

**Jurisdiction and Waiver of 30-Day Hearing Requirement**

1.      The Court has subject matter jurisdiction under 28 U.S.C. § 1334, 28 U.S.C. § 157(a)(1), and the standing order of reference.  Dismissal or conversion under 11 U.S.C. § 1112(b) impacts the case administration and therefore is a core matter that the Court has the power to resolve.  28 U.S.C. § 157(b)(2)(A).

2.      The United States Trustee waives the 30-day hearing requirement for this Motion. 11 U.S.C. § 1112(b)(3).

**Facts**

Facts common to both Debtors

3.      The Debtors filed voluntary chapter 11 petitions on April 30, 2025 (the "Petition Date").

4.      The Debtors' cases are jointly administered under lead case number 24-41544-ELM-11.

5.      The Debtors' exclusivity deadline to file a plan expired February 24, 2026. ECF[2] 340 at 2, ¶ 3.

6.      The Debtors have not filed a plan of reorganization to date.

---

[2] Unless otherwise indicated, all references to the ECF filing numbers are to those documents filed in the main case under 25-41544-ELM-11.

7.     The Debtors have not filed monthly operating reports ("MORs") since September 2025 and currently are delinquent in filing MORs for the period October 2025 through March 2026.

Facts specific to Balkan Express

8.     Balkan Express contended on Amended Schedule A/B that, as of the Petition Date, it owned real property worth $4 million and personal property valued at $34,258,686.50. ECF 85 at 6.

9.     Almost all of Balkan Express's personal property consists of trucks and trailers.

10.     Balkan Express contended on Amended Schedule D and Schedule E/F that, as of the Petition Date, it had $27,367,595.42 in secured claims; no priority unsecured claims; and $854,804.87 in general unsecured claims. ECF 70 at 8; ECF 283 at 11.

11.     In the Balkan Express case, forty-three (43) creditors have filed proofs of claim aggregating $ 26,297,159.76; of these claims, $21,919,923.56 are secured and $38,655.90 are priority.

12.     The debt secured by Balkan Express's real property appears to exceed its value.

13.     Balkan Express's September 2025 MOR also reported that, as of September 30, 2025, it owed lead bankruptcy counsel Bonds Ellis $345,873.00 in accumulated unpaid fees.  ECF 321 at 3.

14.     As of the filing of this Motion, Balkan Express owes $109,710.49 in estimated United States Trustee quarterly fees through first quarter 2026.

Facts specific to Balkan Logistics

15.     Balkan Logistics contended on Schedules A/B, D, and E/F that, as of the Petition Date, it had neither property nor liabilities. *See In re Balkan Logistics, LLC*, Case No. 25-41545 (Bankr. N.D. Tex), ECF 22.

16.     In the Balkan Logistics case, five creditors have filed proofs of claim aggregating $393,690.31; of these, $364,349.69 are secured and $11,451.92 are priority.

17.     As of the filing of this Motion, Balkan Logistics owes $1,015.50 in estimated United States Trustee quarterly fees through first quarter 2026.

**Argument**

Overview

18.     Section 1112(b) of the Bankruptcy Code provides that, "[e]xcept as provided in . . . subsection (c) . . . the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause. . . ." 11 U.S.C. § 1112(b)(1).

Failure to file operating reports or pay U.S. Trustee quarterly fees

19.     A chapter 11 case may be dismissed if the debtor fails to timely satisfy any reporting requirements or provide information reasonably requested by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F) and (H).

20.     Local Bankruptcy Rule 2020-1 provides:

> The United States Trustee may from time to time publish and file with the Bankruptcy Clerk guidelines on matters such as insurance, operating reports, bank accounts and money of estates and other subjects pertaining to the administration of chapter 11 cases. Failure to comply with the requirements of these guidelines may constitute cause justifying the appointment of a trustee, or dismissal or conversion of the case pursuant to 11 U.S.C. § 1112(b).
>
> Local Bankruptcy Rule 2020-1.

21.     The United States Trustee's *Guidelines for Chapter 11 Cases Operating Instructions and Reporting Requirements Northern & Eastern Districts of Texas Region VI*[3] ("*Guidelines*") requires debtors to file periodic monthly operating reports.

22.     The Debtors have not filed any MORs for the period October 2025 through March 2026.  The April 2026 reports will be due May 20, 2026. Without MORs, the United States Trustee cannot accurately calculate quarterly fees and instead must rely on estimated values.

23.     In addition, the Debtors also are delinquent in paying estimated United States Trustee quarterly fees through first quarter 2026, which constitutes additional cause for dismissal under 11 U.S.C. § 1112(b)(4)(K).

Dismissal, not conversion, appears to be in the best interests of creditors

24.     Dismissal of these cases, and not conversion, appears to be in the best interests of creditors and the estates given that Balkan Express's real estate is over-encumbered. While Balkan Express valued its rolling stock at over $33 million, such values are speculative at best. Balkan Logistics in turn has no assets which might be liquidated for the benefit of creditors.

25.     If the Court determines, however, that dismissal of these cases is not in the best interests of creditors and the estates, these cases should be converted to chapter 7 under 11 U.S.C. § 1112(b).

### **Conclusion**

The United States Trustee respectfully requests that the Court dismiss these cases. In the alternative, the United States Trustee requests that the Court convert either one or

---

[3] The latest version of the *Guidelines,* which was last updated in February 2026, may be found on the United States Trustee's Region 6 website.

both of these cases to chapter 7. The United States Trustee further respectfully requests

that the Court grant any other relief to which she might be entitled.

DATED: April 30, 2026    Respectfully submitted,

            LISA L. LAMBERT
            UNITED STATES TRUSTEE

            */s/ Erin Marie Schmidt*
            Erin Marie Schmidt
            Trial Attorney
            Texas State Bar No. 24033042
            Office of the United States Trustee
            1100 Commerce Street, Room 976
            Dallas, Texas  75242
            (214) 767-1075
            Erin.Schmidt2@usdoj.gov

## Certificate of Service

I certify that this Motion was served out on April 30, 2026, on all parties listed on the attached matrix via first class U.S. Mail, postage prepaid.

            */s/ Erin Marie Schmidt*
            Erin Marie Schmidt

Label Matrix for local noticing
0539-4
Case 25-41544-elm11
Northern District of Texas
Ft. Worth
Wed Apr 29 16:13:53 CDT 2026

BALKAN EXPRESS, LLC
2560 E LONG AVE
FORT WORTH, TX 76137-4801

BALKAN LOGISTICS LLC
2560 E LONG AVE
FORT WORTH, TX 76137-4801

Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St.
Suite 1000
Fort Worth, TX 76102-3727

De Lage Landen Financial Services, Inc.
c/o Martin J. Lehman
Palmer Lehman Sandberg, PLLC
8350 N. Central Expwy #1111
Dallas, tx 75206-1625

MHC Financial Services
c/o James W. King
6420 Wellington Place
Beaumont, TX 77706-3206

MHC Kenworth Fort Worth
c/o James W. King
6420 Wellington Pl
Beaumont, TX 77706-3206

Mitsubishi HC Capital America, Inc.
c/o Kemp Smith LLP
221 N. Kansas, Ste. 1700
El Paso, TX 79901-1401

Navistar Financial Corporation
2701 Navistar Drive
Lisle, IL 60532-3637

PNC Bank, National Association, successor to
c/o Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102-2837

Pilot Travel Centers LLC
c/o Susan C. Mathews
Baker Donelson, 1301 McKinney St.
Suite 3700
Houston, TX 77010

Sumitomo Mitsui Finance & Leasing Co., LTD
c/o James W. King
6420 Wellington Pl
Beaumont, TX 77706-3206

Tarrant County
Linebarger, Goggan, Blair & Sampson, LLP
c/o John K. Turner
3500 Maple Ave Suite 800
Dallas, TX 75219-3959

Texas Comptroller of Public Accounts, Revenu
Christopher S. Murphy
P.O. Box 12548
Austin, TX 78711-2548

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

Volvo Financial Services, a division of VFS
8003 Piedmont Triad Parkway
Greensboro, NC 27409-9407

Wallwork Financial
c/o Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Foert Worth, TX 76102 United States 76102-283

501 W. Tenth Street
Fort Worth, TX 76102-3637

Attorney General of the United States
Main Justice Bldg, Rm 5111
10th & Constitution Ave NW
Washington, DC 20503-0001

BMO
P.O. Box 35704
Billings, MT 59107-5704

BMO Bank N.A.
PO Box 3040
Cedar Rapids, IA 52406-3040

Cardmember Service
P.O. Box 1423
Charlotte, NC 28201-1423

Chase Bank Card Ink
P.O. Box 15123
Wilmington, DE 19850-5123

Compass Funding Solutions
115 55th St.
Suite 301
Clarendon Hills, IL 60514-6301

Compass Funding Solutions, LLC
500 West Madison Street – Suite 3700
Chicago, IL 60661-4591

Compass Specialty Insurance Risk Retention G
115 55th St., Ste. 200
Clarendon Hills, IL 60514-1593

Corcentric
Attn: Tammy Albanos
200 Lake Drive East
Suite 200
Cherry Hill, NJ 08002-1171

Corcentric, LLC
Dilworth Paxson LLP; Attn:  Scott J. Fre
457 Haddonfield Road
Suite 700
Cherry Hill, NJ 08002-2201

DAVID GARZA
P.O. Box 297
Panhandle, TX 79068-0297

Daimler Truck Financial Services USA L
14372 Heritage Parkway Ste 400
Fort Worth, TX 76177-3300

Daimler Truck Financial Services USA LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664

Daimler Truck Financial Services USA LLC
c/o Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006-1849

De Lage Landen Financial
P.O. Box 825736
Philadelphia, PA 19182-5736

De Lage Landen Financial Services, Inc.
c/o Martin J. Lehman
Palmer Lehman Sandberg, PLLC
8350 N. Central Expressway, Suite 1900
Dallas, Texas 75206-1604

Elsa Guerra
c/o Ryan E. Chapple, Cain & Skarnulis PL
303 Colorado Street, Suite 2850
Austin, TX 78701-0137

Eudora F. S. Arthur
555 Fayetteville Street
Suite 1100
Raleigh, NC 27601-3034

Evan S. Goldstein
Updike, Kelly & Spellacy
Goodwin Square
225  Asylum Street - 20th Floor
Hartford, CT 06103-1532

Evan S. Goldstein, Esq.
Updike, Kelly & Spellacy, P.C.
225 Asylum Street
20th Floor
Hartford, CT 06103-1532

EverBank, N.A.
10 Waterview Blvd
Parisppany, NJ 07054-1286

Flagstar Financial & Leasing, LLC
Reed Smith LLP
Attn: Jason D. Angelo, Esq.
1201 North Market Street, Suite 1500
Wilmington, DE 19801-1163

Gorjana Karic
(nka Gorjana Zuza)
260 Green Oaks Ln.
Southlake, TX 76092-6129

Gorjana Zuza
260 Green Oaks Lane
Southlake, TX 76092-6129

Huntington Technology Finance
5555 Cleveland Ave
Columbus, OH 43231-4106

Hyundai Translead Trailer Finance
655 Business Center Dr.
Ste 250
Horsham, PA 19044-3448

Internal Revenue Service
Insolvency Division
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jovica Narancic
4936 Grinstein Dr
Keller, TX 76244-5385

M&T Bank
Evan S. Goldstein, Esq.
Updike, Kelly & Spellacy, P.C.
225 Asylum Street, 20th Floor
Hartford, CT 06103-1532

M&T Capital and Leasing Corporation
850 Main Street
Bridgeport, CT 06604-4917

MHC Financial Services, LLC
4501 College Blvd
Suite 160
Leawood, KS 66211-2337

Mitsubishi HC Capital America
P.O. Box 1287
Itasca, IL 60143-0128

Navistar Financial Corporation
C/O Michael P. Ridulfo
2701 Navistar Dr
Lisle, IL 60532-3637

North Texas Tollway Authority
5900 W Plano Pkwy
Attn: Bankruptcy - T. Brown
Plano, TX 75093-4695

North Texas Tollway Authority
Attn: Kate Valent
SCHEEF & STONE, L.L.P
2600 Network Blvd., Suite 400
Frisco, TX 75034-6010

Office of the Attorney General
Bankruptcy-Collections Division
PO Box 12548
Austin, TX 78711-2548

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

PNC Bank, National Association
c/o Padfield & Stout, LLP
700 Throckmorton Street, Suite 700
Fort Worth, Texas 76102-5036

PNC Bank, National Association
d/b/a Hyundai Translead Trailer Finance
c/o Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102-2837

(p)PILOT TRAVEL CENTERS LLC
LATISHA STUBBLEFIELD
5508 LONAS DRIVE
KNOXVILLE TN 37909-3221

Radovan Milanko
9601 Armour Dr
Keller, TX 76244-6086

Robert Furudzija
10347 Trail Ridge Dr
Fort Worth, TX 76126-9532

Ryan E. Chapple
CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Signature Business Leasing LLC
10545 Willows Rd, Ste 120
Redmond, WA 98052-2505

State of Texas
Texas Workforce Commission
101 E 15th Street, Rm 556
Austin, TX 78778-0001

Stefanie Hollins
c/o Adam P. Criaco
Criaco & Samperi
363 N Sam Houston Pkwy E, Suite 800
Houston, TX 77060-2408

Sumitomo Mitsui Finance
666 Third Ave
8th Floor
New York, NY 10017-4033

Sumitomo Mitsui Finance and Leasing Co. Ltd.
c/o Kye Law Group, P.C.
201 Old Country Road, Suite 120
Melville, NY 11747-2725

T & W TIRE, LLC
29 N. COUNCIL RD
OKLAHOMA CITY, OK 73127-4923

TERENCE MURPHEY
THE MAJOR LAW FIRM, PLLC
901 NE Loop 410, Suite 680
San Antonio, TX 78209-1306

THE MCCRAW LAW GROUP
John C. (Charlie) Ginn
5900 South Lake Forest Drive, Suite 450
McKinney, TX 75070-2250

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

Tarrant County Tax-Assessor Collector
100 E Weatherford Street
Fort Worth, TX 76196-0206

Texas Comptroller of Public Accounts
Bankruptcy & Collection Division MC 008
P.O. Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, TX 78711-2548

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

The Huntington National Bank
c/o Eudora F. S. Arthur
555 Fayetteville Street
Suite 1100
Raleigh, NC 27601-3034

Third Coast Insurance Company
c/o Lynn Hamilton Butler
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701-4093

Triumph Savings Bank SSB
3 Park Central, Suite 1700
12700 Park Central Drive
Dallas, TX 75251-1517

Triumph TBK Bank
12700 Park Central Dr.
Ste 1700
Dallas, TX 75251-1517

Truist Equipment Finance
154 Hillsboro St
Oxford, NC 27565-3212

Truist Equipment Finance Corp.
c/o Anna K. MacFarlane
Parker Hudson Rainer & Dobbs LLP
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308-3225

United Link dba Unilink Transportation
Gibson Herod Law c/o Lauren Upshaw
15400 Knoll Trail Dr., Suite 300
Dallas, Texas 75248-3476

United States Attorney, N Dist of TX
Attn: Leigha Simonton
1100 Commerce Street 3rd Floor
Dallas, TX 75242-1074

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Unitedlink Inc. dba Unilink Transp
c/o Gibson Herod Law
Attn: Lauren Upshaw
15400 Knoll Trail Dr., Ste. 300
Dallas, TX 75248-3476

Volvo Financial Services
P.O. Box 26131
Greensboro, NC 27402-6131

Volvo Financial Services,
a division of VFS US LLC
PO Box 26131
Greensboro, NC 27402-6131

Volvo Financial Services, a division of VFS
PO Box 26131
Greensboro, NC 27402-6131

(p)WALLWORK FINANCIAL CORPORATION
PO BOX 628
FARGO ND 58107-0628

Wells Fargo
P.O. Box 858178
Minneapolis, MN 55485-8178

Wells Fargo Equipment Finance, Inc
Attn: La Neice Brown
801 Walnut Street MAC F0006-052
Des Moines, IA 50309-3606

XTRA Lease, LLC
c/o Katie Spewak, BCLP LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2726


Zlatan Karic
2560 East Long Avenue
Forth Worth, TX 76137-4801

David Garza
Carrington Coleman
901 Main St
#5500
Dallas, TX 75202-3767

Elsa Guerra
CAIN & SKARNULIS PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701-0137


Eric Thomas Haitz
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St.
Suite 1000
Fort Worth, TX 76102-3727

Joshua N. Eppich
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St., Suite 1000
Fort Worth, TX 76102-3727


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


PNC Bank
249 Fifth Ave
Pittsburgh, PA 15222

Pilot Travel Centers, LLC
Attn:  Luke Russell
5508 Lonas Drive
Knoxville, TN 37909

Wallwork Financial Corporation
Attn: Justin Pavek
401 38th Street SW
PO Box 628
Fargo, ND 58107-0628


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)BMO Bank N.A.

(u)Compass Funding Solutions LLC

(u)Daimler Truck Financial Services USA LLC


(u)Flagstar Financial & Leasing, LLC

(u)M&T Bank f/k/a People's Capital and Lea

(u)Third Coast Insurance Company


(u)Truist Equipment Finance Corp.

(u)Wells Fargo Equipment Finance Inc.

(u)Younger Partners Dallas, LLC


(d)MHC Kenworth Fort Worth
c/o James W. King
6420 Wellington Pl
Beaumont, TX 77706-3206

(d)United States Trustee
1100 Commerce Street Room 976
Dallas, TX 75242-0996

(u)Gorjana Zuza