

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 12, 2026**

_____

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-41544 |
| BALKAN EXPRESS, LLC, et al., | § | CHAPTER 11 |
| DEBTOR | § | JUDGE: EDWARD L. MORRIS |
| | § | JOINTLY ADMINISTERED |

### AGREED ORDER ON MOTION OF SUMITOMO MITSUI FINANCE AND LEASING CO., LTD TO CONDUCT RULE 2004 EXAMINATION OF DEBTOR

On this date, the considered the Motion of Sumitomo Mitsui Finance and Leasing Co., Ltd ["Movant"] to Conduct Rule 2004 Examination of Debtor (the "Motion"), and finds that this Agreed Order was presented to the Court. The attorneys for the Movant and Debtor have agreed to the terms of this Agreed Order and the Debtor has agreed to submit to a Rule 2004 Examination as detailed in the Motion. as follows:

The parties have agreed, and therefore, it is ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED and that the Zlatan Karic, representative of the Debtor in the above-captioned chapter 11 bankruptcy proceeding shall appear for Rule 20024 Examination on May 26,

2026 at 10:00 am CST by Zoom with the Zoom info to be provided to the attorney for Debtor by email on or before 5:00 pm on May 20, 2026 at Joshua@BondsEllis.com & eric.haitz@bondsellis.com . The scope of the 2004 Examination is set out in the motion and will include, but is not limited to, the following:

The scope of the deposition will relate to the following items and the twelve (12) 2025 Hyundai 53' HT Composite Dry Van Trailers that is collateral for Movant's loan[s] with Debtor:

> 2025 Hyundai 53' HT Composite Dry Van bearing VIN 3H3V532K9SS135127,
> 2025 Hyundai 53' HT Composite Dry Van bearing VIN 3H3V532K8SS135233,
> 2025 Hyundai 53' HT Composite Dry Van bearing VIN 3H3V532K9SS135130,
> 2025 Hyundai 53' HT Composite Dry Van bearing VIN 3H3V532K1SS135204,
> 2025 Hyundai 53' HT Composite Dry Van bearing VIN 3H3V532K2SS135244,
> 2025 Hyundai 53' HT Composite Dry Van bearing VIN 3H3V532KXSS135136,
> 2025 Hyundai 53' HT Composite Dry Van bearing VIN 3H3V532K2SS135213,
> 2025 Hyundai 53' HT Composite Dry Van bearing VIN 3H3V532K0SS135243,
> 2025 Hyundai 53' HT Composite Dry Van bearing VIN 3H3V532K1SS135137,
> 2025 Hyundai 53' HT Composite Dry Van bearing VIN 3H3V532K4SS135231,
> 2025 Hyundai 53' HT Composite Dry Van bearing VIN 3H3V532K0SS135128, &
> 2025 Hyundai 53' HT Composite Dry Van bearing VIN3H3V532K4SS135133,
> (hereinafter collectively called the "Collateral").

1. The address, location, and whereabouts of the Collateral.

2. The current physical condition of the Collateral, including any damage, deterioration, repairs, modifications, or alterations.

3. The identity of any persons who have inspected, maintained, or handled the Collateral.

4. The identity of any persons in possession or control of the Collateral.

5. Information about insurance policies covering the Collateral, including the carrier names, policy numbers, coverage limits, premiums paid, and claims filed.

6. Any agreements, contracts, leases, bailments, or arrangements (written or oral) with any third parties for the storage, transportation, safeguarding, or use of the Collateral.

7. Any transfers, sales, encumbrances, or dispositions of the Collateral, including the identity of transferees, consideration received, and documentation regarding the same.

8. Any storage charges, repair charges, fines, or other fees or charges assessed, or

which may be assessed against the Collateral or any of them.

9.  Use of the Collateral from the date of the Debtor's bankruptcy filing to the present.

10.  Any leases or subleases for the Collateral.

11.  Any and all names branded on the Collateral.

### END OF ORDER###

AGREED TO AND APPROVED BY:

BY: /s/ Joshua N. Eppich (with permission)
        JOSHUA N. EPPICH
        TBA #24050567
        ERIC HAITZ
        TBA # 24101851
        420 THROCKMORTON ST. SUITE 1000
        FORT WORTH, TX  76102
        PHONE: (817) 405-6902
        Joshua@BondsEllis.com
        eric.haitz@bondsellis.com
ATTORNEY FOR DEBTOR

OFFERMAN & KING, L.L.P.

BY:  /s/ James W. King
        JAMES W. KING
        TBA NO. 00791029
        6420 WELLINGTON PLACE
        BEAUMONT, TX  77706
        (409) 860-9000
        (409) 860-9199--FAX
        jwk@offermanking.com
ATTORNEY FOR MOVANT