Joshua N. Eppich (TBN 24050567)
Ken Green (TBN 24036677)
Eric T. Haitz (TBN 24101851)
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: ken.green@bondsellis.com
Email: eric.haitz@bondsellis.com

*Counsel for Debtors and Debtors-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** § | **Chapter 11** |
| § | |
| § | **Case No. 25-41544** |
| **BALKAN EXPRESS, LLC,** *et al.* § | |
| § | **(Jointly Administered)** |
| **Debtors.**[1] § | |
| § | |

## DEBTORS' RESPONSE IN OPPOSITION TO THE UNITED STATES TRUSTEE'S MOTION TO DISMISS CASES UNDER 11 U.S.C. § 1112(b) OR, IN THE ALTERNATIVE, TO CONVERT TO CHAPTER 7
### (Docket Nos. 385 and 386)

Balkan Express, LLC and Balkan Logistics, LLC (the "Debtors"), debtors-in-possession in

the above-referenced bankruptcy proceeding, file this Response in Opposition to the United States

Trustee's Motion to Dismiss Cases Under 11 U.S.C. § 1112(b) or, in the Alternative, to Convert to

Chapter 7, and would show the Court as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Balkan Express, LLC (3974), and Balkan Logistics, LLC (8202). The Debtors' mailing address is 2560 E Long Ave, Fort Worth, Texas 76137.

1

**BACKGROUND**

1.      On April 30, 2025, the Debtors filed voluntary petitions commencing these cases under Chapter 11 of the Bankruptcy Code.

2.      The Debtors' Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1. S*ee* Docket No. 25.

3.      The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No request for a trustee or examiner has been made in the Chapter 11 Cases, and no committees have been appointed or designated.

**RESPONSE**

4.      The Chapter 11 Cases have been more complex from an operational standpoint than was contemplated.  The docket and motions that have been filed and disputed in the Chapter 11 Cases reflect the financing, insurance, and other operational issues that the Debtors have faced.

5.      The number of lift stays that have occurred, the return of collateral, and the constriction that the Debtors have had to undergo are also indications of the challenges the business has faced.

6.      Despite these numerous challenges, Mr. Karic has never given up and has continued to operate the company.   He has shrunk the business and now believes he has a path forward to operate and hopefully restructure.

7.      Following an unsuccessful mediation, Mr. Karic, along with the Debtors' counsel, engaged with Gorjana Zuza to further discuss settlement.   The settlement reached is found at Docket No. 391 which is set for hearing before this Court on June 4.   That settlement would result in approximately $1 million available to pay case expenses, creditors, and attempt to confirm a chapter 11 plan.

8.      While the Chapter 11 Cases have been challenging, we must not overlook the successes that have occurred.   Many creditors have either been paid significant amounts or obtained a "peaceful" return of their collateral.   The company is still operating and paying employees, though a much smaller number than at the outset of the Chapter 11 Cases.   Monthly Operating Reports through March 2026 have all been filed.

9.      Now that we are on the precipice of resolving the significant piece of litigation in these Chapter 11 Cases, which has been holding moving forward in limbo, we should not convert or dismiss them.

**WHEREFORE, PREMISES CONSIDERED**, the Debtors respectfully request that the Court deny both the request to dismiss and the request to convert and grant the Debtors such other and further relief, at law or in equity, as the Court may deem necessary and proper.

Dated: May 21, 2026                    Respectfully submitted,


_/s/Joshua N. Eppich_
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
Joshua N. Eppich (Texas Bar No. 24050567)
Eric T. Haitz     (Texas Bar No. 24101851)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: eric.haitz@bondsellis.com

-and-

3

Ken Green        (Texas Bar No. 24036677)
402 Heights Boulevard
Houston, Texas 77007
(713) 335-4990 telephone
(713) 335-4991 facsimile
Email: ken.green@bondsellis.com

*Counsel for Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on May 21, 2026, a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties requesting or consenting to such service in this case.

*/s/ Joshua N. Eppich*
Joshua N. Eppich

4