

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 2, 2026**

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Balkan Express, LLC, *et al.*,** | § | **Case No. 25-41544-ELM-11** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |
| **Debtors.[1]** | § | |

**Agreed Order Conditioning the United States Trustee's Motion to Dismiss Cases
under 11 U.S.C. § 1112(b) or, in the Alternative, to Convert to Chapter 7**

[resolving ECF 385 and 386]

The Court has considered the following:

- *United States Trustee's Motion to Dismiss Cases under 11 U.S.C. § 1112(b) or, in
  the Alternative, to Convert to Chapter 7* (collectively, the "UST Motions" at ECF

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Balkan Express, LLC (3974), and Balkan Logistics, LLC (8202). The Debtors' mailing address is 2560 E Long Ave, Fort Worth, Texas 76137.

385 and 386[2];

- *Compass Funding Solution, LLC's Response to the United States Trustee's Motions to Dismiss Cases under 11 U.S.C. § 1112(b) or, in the Alternative, to Convert to Chapter 7* (the "Compass Response" at ECF 408);

- *Debtors' Response in Opposition to the United States Trustee's Motion to Dismiss Cases under 11 U.S.C. § 1112(b) or, in the Alternative, to Convert to Chapter 7* (the "Debtors' Objection" at ECF 409);

- *PNC Bank, National Association's Joinder* to Compass Response (the "PNC Response" at ECF 410); and

- *Daimler Truck Financial Services' Joinder* to Compass Response ("Daimler Truck Response at ECF 415).

The Court finds that the above-referenced Debtors; the United States Trustee; Compass Funding Solutions, LLC; and PNC Bank, National Association, have agreed to the following relief, that notice was sufficient under the circumstances and that cause exists to grant this relief. It is therefore

ORDERED that cause exits for these cases to automatically convert to chapter 7 upon occurrence of any of the following:

1. The Debtors' failure to remain current on all administrative duties, including but not limited to the timely filing of monthly operating reports;

2. The Debtors failure to file a disclosure statement and plan no later than July 30, 2026, unless the Court extends this deadline; or

---

[2] While the UST Motions are identical, they were docketed twice under two separate ECF events. The motion docketed at ECF 385 shall be referred to individually as the "UST Motion to Dismiss" while the motion docketed at ECF 386 shall be referred to individually as the "UST Motion to Convert."

3.  The Debtors' failure to confirm a plan of reorganization no later than October 30, 2026, unless the Court has extended this deadline; it is further

ORDERED that if the Debtors do not comport with these deadlines, payment of ongoing United States Trustee Quarterly Fees, or the administrative requirements for chapter 11 debtors, then the United States Trustee may upload a certificate of non-compliance (the "Default Certificate") with a proposed order converting these Debtors' bankruptcy cases to chapter 7; it is further

ORDERED that, upon the filing of the Default Certificate, the Court shall enter such proposed order converting these cases to Chapter 7, without the need for further notice or hearing; it is further

ORDERED that the UST Motion to Dismiss shall be DENIED as moot.


### End of Order ###

Agreed to in form and substance:


**For the United States Trustee:**

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt
Trial Attorney
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov

**For the Debtors:**

*/s/ Joshua N. Eppich (with permission by EMS)*
Joshua N. Eppich (Texas Bar No. 24050567)
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102 (817) 405-6900
(817) 405-6902
joshua@bondsellis.com

**For Compass Funding Solutions, LLC:**

*/s/ Aaron L. Hammer (with permission by EMS)*
Aaron L. Hammer (admitted pro hac)
Illinois Bar No. 6243069
KILPATRICK TOWNSEND & STOCKTON LLP
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
 (214) 922-7151
ahammer@ktslaw.com


**For PNC Bank, National Association:**

*/s/ Jessica N. Alt (with permission by EMS)*
Jessica N. Alt
State Bar I.D. #24127981
PADFIELD & STOUT, LLP
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
(817) 338-1616
jalt@padfieldstout.com

**For Daimler Truck Financial Services:**


*/s/ Stephen G. Wilcox  (with permission by EMS)*
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, Texas 76006
(817) 870-1694
swilcox@wilcoxlaw.com