Joshua N. Eppich (TBN 24050567)
Ken Green (TBN 24036677)
Eric T. Haitz (TBN 24101851)
Bailey C. Pompea (TBN 24151000)
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: ken.green@bondsellis.com
Email: eric.haitz@bondsellis.com
Email: bailey.pompea@bondsellis.com

*Counsel for Debtors and Debtors-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **BALKAN EXPRESS, LLC, *et al.*** | § | **Case No. 25-41544** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |
| | § | |

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE**
**(DOCKET NO. 523)**

**PLEASE TAKE NOTICE THAT** on September 18, 2026, the Honorable Edward L. Morris, United States Bankruptcy Judge for the United States Bankruptcy Court for the Northern District of Texas (the "Court"), entered the *Findings of Fact, Conclusions of Law, and Order (i) Approving the Disclosure Statement on a Final Basis and (ii) Confirming the Third Amended Joint Chapter 11 Plan of Reorganization for Balkan Express, LLC and Its Affiliated Debtor* [Docket No. 523] (the "Confirmation Order"), confirming the *Third Amended Joint Chapter 11 Plan of Reorganization for Balkan Express, LLC and its Affiliated Debtor* [Docket No. 482] (the

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Balkan Express, LLC (3974), and Balkan Logistics, LLC (8202).

"Plan")[2] and approving on a final basis the *Disclosure Statement in Support of Third Amended Joint Chapter 11 Plan of Reorganization of Balkan Express, LLC and Its Affiliated Debtor* [Docket No. 483] (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE THAT** the Effective Date of the Plan occurred on **October 1, 2026**.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Confirmation Order, the Debtors are required to file this Notice of Occurrence of Effective Date.

**PLEASE TAKE FURTHER NOTICE THAT** all conditions in Section 10.2 of the Plan have been satisfied or waived pursuant to Section 10.3 of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** except as otherwise set forth in the Plan, the Confirmation Order, or any other order of the Court, all requests for payment of an Administrative Claim must be Filed and served on the Debtors, (a) with respect to Administrative Claims other than Professional Fee Claims and Section 503(b)(9) Claims, **no later than 30 days after the Effective Date**, (b) with respect to Section 503(b)(9) Claims, **no later than the first Business Day that is 30 days after the entry of the Confirmation Order**, and (c) with respect to Professional Fee Claims, **no later than 30 days after the Effective Date**, unless otherwise ordered by the Bankruptcy Court (the "Administrative Claims Bar Date"). Holders of Administrative Claims that are required to, but do not, File and serve a request for payment of such Administrative Claims by the Administrative Claim Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Claim against the Debtors, the Litigation Trust, or the property of any of the foregoing, and such Administrative Claims shall be deemed

[2] Capitalized terms used but not otherwise defined in this Confirmation Order shall have the meaning given to them in the Plan.

discharged as of the Effective Date without the need for any objection from the Debtors or any notice to or action, order, or approval of the Bankruptcy Court or any other entity.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Article VI of the Plan, as of the Effective Date, the Debtors shall be deemed to have rejected all Executory Contracts and Unexpired Leases that (1) have not been previously rejected (including by operation of section 365(d)(4) of the Bankruptcy Code), assumed, or assumed and assigned, including in connection with a sale, and (2) have not expired under their own terms prior to the Effective Date. All Claims arising from the rejection of Executory Contracts or Unexpired Leases must be filed with the Court **no later than 30 days following** (i) the date of entry of an order of the Court (including the Confirmation Order) approving such rejection, (ii) the effective date of such rejection, (iii) the Effective Date, or (iv) the date after the Effective Date that the applicable Schedules are altered, amended, modified, or supplemented, but only with respect to any Executory Contract or Unexpired Lease affected. Any Claim arising from the rejection of an Executory Contract or Unexpired Lease that becomes an Allowed Claim is classified and shall be treated as an Unsecured Claim. Any Claim arising from the rejection of an Executory Contract or Unexpired Lease not Filed within the time required by Article VI of the Plan will be forever barred from assertion against the Debtors, the Estates, the property of the Debtors, or the Litigation Trust, without the need for any objection by the Litigation Trust or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity.

**PLEASE TAKE FURTHER NOTICE THAT** the Confirmation Order, the Plan, and copies of all documents Filed in these Chapter 11 Cases are available for a fee via PACER at: https://ecf.txnb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE THAT** the Confirmation Order and the Plan and their provisions are binding on the Debtors, the Litigation Trust, and any Holder of a Claim or an Interest and such Holder's respective successors and assigns, whether or not the Claim or the Interest of such Holder is Impaired under the Plan, and whether or not such Holder voted to accept the Plan.

Dated: October 1, 2026

Respectfully submitted,

*/s/ Joshua N. Eppich*

**BONDS ELLIS EPPICH SCHAFER JONES LLP**
Joshua N. Eppich (Texas Bar No. 24050567)
Eric T. Haitz (Texas Bar No. 24101851)
Bailey C. Pompea (Texas Bar No. 24151000)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: eric.haitz@bondsellis.com
Email:bailey.pompea@bondsellis.com

-and-

Ken Green (Texas Bar No. 24036677)
402 Heights Boulevard
Houston, Texas 77007
(713) 335-4990 telephone
(713) 335-4991 facsimile
Email: ken.green@bondsellis.com

*Counsel for Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on October 1, 2026, a true and correct copy of the foregoing document was served by the Court's CM/ECF system.

*/s/ Joshua N. Eppich*
Joshua N. Eppich